USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **NORTHERN** DISTRICT OF **CALIFORNIA**

UNITED STATES OF AMERICA

V.

HOA DUC NGUYEN

CRIMINAL NUMBER: CR 96-00094 MHP

**07 CRIM 1112**

Consent to Transfer of Case for Plea and Sentence
*(Under Rule 20)*

I, Hoa Duc Nguyen, defendant, have been informed that an (*indictment*, information, complaint) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of New York in which I, am held, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 11/14  2007 at 3:45 p

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

M.A. Jensen, AUSA, SDNY
(Assistant United States Attorney)

Approved

11-26-07
_____
United States Attorney for the
Northern _____ District of
California

_____
United States Attorney for the
Southern _____ District of
New York