NO. Cr. 96-0094-MHP (SAN FRANCISCO VENUE)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION

### UNITED STATES OF AMERICA
vs.

*SEE ATTACHED SHEET FOR*
*LIST OF DEFENDANTS*

# SUPERSEDING INDICTMENT

*SEE ATTACHED SHEET FOR*
*LIST OF VIOLATIONS*

*Rita M. Watson*

A true bill.

_____
                        Foreman

_____
Filed in open court this 24th day of
March, 1998.

                        Clerk
            **BRENDA TOLBERT**

_____
        Bail, $ *No process*

        **MARIA-ELENA JAMES**

**ICMS**

1  MICHAEL J. YAMAGUCHI
   United States Attorney
2  GEORGE D. HARDY
   Chief, Criminal Division
3  GEOFFREY A. ANDERSON
   Assistant United States Attorney
4  Chief, Organized Crime Division
   ELIZABETH K. LEE
5  Assistant United States Attorney
      450 Golden Gate Avenue
6     San Francisco, CA 94102
      Telephone:  (415) 436-6776
7
   **Attorneys for Plaintiff**
8  **UNITED STATES OF AMERICA**

9               **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

12  UNITED STATES OF AMERICA,           )  No. 96-00094 MHP
                                        )
13               Plaintiff,             )  VIOLATIONS:
                                        )
14         v.                           )
                                        )  18 U.S.C. § 1962(c)
    JOHN THAT LUONG                     )  RICO
15         aka "Ah Sing"                )  18 U.S.C. § 1962(d)
           aka "That Luong"             )  RICO CONSPIRACY
16         aka "Ah Sinh"                )  18 U.S.C. § 1951(a)
           aka "Thanh"                  )  CONSPIRACY TO INTERFERE WITH
17         aka "Duong"                  )  COMMERCE BY VIOLENCE
           aka "John Dao"               )  18 U.S.C. § 1951(a)
18         aka "Cuong Quoc Dao"         )  INTERFERENCE WITH COMMERCE
           aka "Thang"                  )  BY VIOLENCE
19         aka "Johnny"                 )  18 U.S.C. § 924(c)
           aka "Tony"                   )  USE OF A FIREARM IN COMMISSION
20  HUY CHI LUONG                       )  OF VIOLENT FELONY
           aka "Jimmy Luong"            )  21 U.S.C. § 846
21         aka "Chi Fei"                )  CONSPIRACY TO DISTRIBUTE
    MADY CHAN                           )  HEROIN
22         aka "Manny"                  )  21 U.S.C. § 841(a)(1)
           aka "Maddy"                  )  DISTRIBUTION OF HEROIN
23         aka "Mandy"                  )  21 U.S.C. § 843(b)
    BING YI CHEN                        )  UNLAWFUL USE OF A
24         aka "Ah Ngai"                )  TELECOMMUNICATION
    CHHAYARITH RETH                     )  FACILITY
25         aka "Charlie"                )
           aka "Ah Char"                )
26                                      )

                          1

**ICMS**



Document No.
4714
District Court
Criminal Case Processing

```
 1   HOANG AI LE                               )
          aka "Ah Hoang"                       )
 2   MINH NHUT DUONG                           )
          aka "Minh"                           )
 3   NGOC BICH NGUYEN                          )     SUPERSEDING INDICTMENT
     NGHIA THANH NGUYEN                        )
 4   THY CHANN                                 )
          aka "Ah T"                           )
 5   HUAN XIN LI                               )
          aka "Cheong Fun"                     )
 6        aka "Fun Cheong"                     )
     CAI CHOI UNG                              )
 7        aka "Ah Gai"                         )
          aka "Freeman"                        )
 8   SINH A. LUC                               )
          aka "Ah Ching"                       )
 9        aka "Cao Hong"                       )
     JOHNNY GIA TRAM                           )
10   CHUNG YIU CHAN                            )
          aka "Ah Chung"                       )
11        aka "Joe"                            )
     MINH TRONG HUYNH                          )
12        aka "Ah Minh"                        )
     HOA DUC NGUYEN                            )
13        aka "Ah Hoa"                         )
     VAN THIENG DI                             )
14        aka "Hardhead"                       )
     CHINH QUOC PHAM                           )
15        aka "Nam"                            )
          aka "Old Man"                        )
16        aka "Lo Yeh"                         )
          aka "Peter"                          )
17   _____Defendants._____ )
18
19
20                   S U P E R S E D I N G   I N D I C T M E N T
21
22
23
24
25
26
                                    2
```

1  COUNT ONE: (18 U.S.C. 1962(c) - Racketeer Influenced and Corrupt Organization)

2       The Grand Jury charges that:

3       The Racketeering Violation:

4       1.     From a time unknown to the Grand Jury, but no later than January, 1995 until the

5  date of the filing of this indictment, in the Northern District of California, the Eastern District of

6  California, the Central District of California, the Southern District of California, the District of

7  Oregon, the District of Minnesota, the Eastern District of New York, the District of

8  Massachusetts, and elsewhere,

9                          **JOHN THAT LUONG**

10                          **HUY CHI LUONG**

11                          **MADY CHAN**

12                          **BING YI CHEN**

13                          **CHHAYARITH RETH**

14                          **HOANG AI LE**

15                          **MINH NHUT DUONG**

16                          **NGOC BICH NGUYEN**

17                          **NGHIA THANH NGUYEN**

18                          **THY CHANN**

19                          **HUAN XIN LI**

20                          **CAI CHOI UNG**

21                          **SINH A. LUC**

22                          **JOHNNY GIA TRAM**

23                          **CHUNG YIU CHAN**

24  defendants herein, and various other individuals known and unknown to the Grand Jury, being

25  persons employed by and associated with an enterprise as set forth below, which was engaged in,

26

3

and the activities of which affected, interstate and foreign commerce, unlawfully and knowingly did conduct and participate, directly and indirectly, in the conduct of the affairs of the below described enterprise, through a pattern of racketeering activity, as defined by Title 18, United States Code, Sections 1961(1) and 1961(5), consisting of racketeering acts one through fifteen, as alleged in paragraph nine below.

The Racketeering Enterprise:

2.    At times relevant to this indictment, **JOHN THAT LUONG, HUY CHI LUONG, MADY CHAN, BING YI CHEN, CHHAYARITH RETH,  HOANG AI LE, MINH NHUT DUONG, NGOC BICH NGUYEN, NGHIA THANH NGUYEN, THY CHANN, HUAN XIN LI, CAI CHOI UNG, SINH A. LUC, JOHNNY GIA TRAM, CHUNG YIU CHAN,** and others known and unknown to the Grand Jury, constituted an "enterprise" as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact, which was engaged in and the activities of which affected interstate and foreign commerce.  Such activities included acts involving armed robberies of companies involved in the sale and distribution of computer chips and other computer parts, and which did business in foreign and interstate commerce as defined under Title 18, United States Code Section 1951(b)(3), hereinafter referred to as "computer chip companies", and the felonious dealing in heroin to promote and protect the enterprise.

Manners and Means of the Racketeering Enterprise:

3.    It was part of the racketeering enterprise that various of the defendants would generate income for the enterprise through the distribution of and trafficking in heroin, through securing heroin for further distribution by the enterprise, through the commission of armed robberies of computer chip companies, and through the transportation and sale of computer chips and computer parts taken during the course of the armed robberies to various buyers.

4

4.      It was part of the racketeering enterprise that various of the defendants would directly participate in and supervise the execution of the armed robberies of computer chip companies and the felonious distribution of heroin.

5.      It was part of the racketeering enterprise that various of the defendants would promote and protect the enterprise by overseeing and coordinating the commission of the computer chip company robberies, the felonious distribution of heroin, and other activities.

6.      It was part of the racketeering enterprise that various of the defendants would promote and protect the enterprise by reserving a portion of the profits made from the racketeering enterprise to be used toward operating expenses. These operating expenses included providing bail money and/or attorneys fees to members of the enterprise who were arrested for the commission of a crime; advancing funds to the crew chiefs and crews to be used to obtain rental vehicles, cellular telephones, safe houses, hotels, firearms and other equipment needed to execute the armed robberies of computer chip companies; and providing money to members of the enterprise for the purchase of and subsequent distribution of heroin by members of the enterprise.

Roles of the Defendants:

7.      The LUONG enterprise, sometimes referred to as "the Company", consisted of a group of individuals who associated together for the common purpose of engaging in a course of conduct, to include the planning and commission of armed robberies of computer chip companies, the distribution and sale of stolen computer chips and computer parts, and the distribution and sale of heroin to others, which took place in the Northern District of California, the Eastern District of California, the Central District of California, the Southern District of California, the District of Oregon, the District of Minnesota, the Eastern District of New York, the District of Massachusetts, and elsewhere.

8.      The defendants performed various roles in conducting and participating, directly or indirectly, in the conduct of the affairs of the enterprise including but not limited to the following:

5

a.    **JOHN THAT LUONG, HUY CHI LUONG, MADY CHAN** and **BING YI CHEN**, were among the "bosses" of the enterprise.  In that capacity, they were involved in the planning, supervision, coordination, and execution of armed robberies of computer chip companies.  These responsibilities included, but were not limited to, reviewing potential targets for armed robberies, directing other members of the enterprise to perform surveys of those targets, advancing money to other members of the enterprise in order for them to set up for the armed robberies, obtaining and providing firearms to the members of the enterprise for use in the armed robberies, providing direction and advice to members of the enterprise as to how to commit the armed robberies, and collecting computer chips and computer parts stolen in the robberies for sale to various buyers. The bosses were also responsible for and made decisions concerning the financial affairs of the enterprise.

b.    **CHHAYARITH RETH, HOANG AI LE, and NGOC BICH NGUYEN,** were among the "middlemen" of the enterprise.  The responsibilities of the "middlemen" included, but were not limited to, reporting to the bosses and carrying out the plans for the armed robberies as directed by the bosses. The responsibilities also included conducting surveys of and selecting potential robbery sites, the recruitment and organization of the "crew chiefs" and "crews" to do the armed robberies, and obtaining rental vehicles, safe houses, and motel rooms for the participants in the armed robberies. The "middlemen" supervised and directed the "crew chiefs".  The middlemen would also perform functions of the "crew chiefs" and "crews" as needed.

c.    **MINH NHUT DUONG, NGHIA THANH NGUYEN,  JOHNNY GIA TRAM, and THY CHANN** were among of the "crew chiefs" of the enterprise.  The responsibilities of the "crew chiefs" included, but were not limited to, the recruitment and organization of individuals (known as "crews") to commit the armed robberies of the computer chip companies, conducting surveys of potential robbery sites, the execution of armed robberies

6

of computer chip companies on behalf of the enterprise, and the location of "safe houses" for participants of the robberies. The "crew chiefs" responsibilities also included transporting the merchandise stolen from the computer chip companies from the site of the robbery back to the bosses. The "crew chiefs" would also perform functions of the "crews" as needed.

d.    **CAI CHOI UNG, SINH A. LUC, and CHUNG YIU CHAN** were among the "crews" of the enterprise. The responsibilities of the "crews" included, but were not limited to, the execution of armed robberies of computer chip companies on behalf of the enterprise, holding hostage employees of the computer chip companies while the robbery was in progress, and transporting the merchandise stolen from the computer chip companies from the site of the robbery back to the bosses.

e.    **HUAN XIN LI,** who worked for the enterprise, acted as a broker and intermediary for **JOHN THAT LUONG**. In that capacity, **HUAN XIN LI,** assisted **JOHN THAT LUONG** in recruiting and organizing the robbery crews, and in communicating with the crews and crew chiefs for the enterprise.

f.    **JOHN THAT LUONG, BING YI CHEN, HOANG AI LE, MINH NHUT DUONG, THY CHANN, HUAN XIN LI and CHUNG YIU CHAN** were also involved in obtaining and distributing heroin on behalf of the enterprise.

Pattern of Racketeering Activity:

9.    The pattern of racketeering activity through which the defendants **JOHN THAT LUONG, HUY CHI LUONG, MADY CHAN, BING YI CHEN, CHHAYARITH RETH, HOANG AI LE, MINH NHUT DUONG, NGOC BICH NGUYEN, NGHIA THANH NGUYEN, THY CHANN, HUAN XIN LI, CAI CHOI UNG, SINH A. LUC, JOHNNY GIA TRAM, CHUNG YIU CHAN,** and others conducted and participated, directly and indirectly, in the conduct of the affairs of the enterprise, consisted of the following:

7

Racketeering Act One:

Beginning at a time unknown but no later than January 1, 1995 and up until approximately April 9, 1996, in the Northern District of California, the Eastern District of California, the Central District of California, the Southern District of California, the District of Oregon, and the District of Minnesota, and elsewhere, defendants **JOHN THAT LUONG, HUY CHI LUONG, MADY CHAN, BING YI CHEN, CHHAYARITH RETH, HOANG AI LE, MINH NHUT DUONG, NGOC BICH NGUYEN, NGHIA THANH NGUYEN, THY CHANN, HUAN XIN LI, CAI CHOI UNG, SINH A. LUC, JOHNNY GIA TRAM, CHUNG YIU CHAN,** and others known and unknown to the Grand Jury, did knowingly agree and conspire to obstruct, delay, and affect commerce, and the movement of United States currency and merchandise in commerce, by armed robbery and by threatening physical violence against another person, to wit: employees of various computer chip companies, which do business in foreign and interstate commerce as defined under 18 U.S.C. Section 1951(b)(3), in violation of 18 U.S.C. Sections 1951(a).

Racketeering Act Two:

As charged in Count Five of this Indictment, which is incorporated by reference as if set forth in full herein, on January 11, 1995, in the City of Fremont, County of Alameda, Northern District of California, and elsewhere, defendants **MADY CHAN, CHHAYARITH RETH,** and others known and unknown to the Grand Jury, did knowingly obstruct, delay, and affect commerce, and the movement of United States currency and merchandise in commerce, to wit: approximately $1,000,000 worth in memory chips, central processing units, and other computer parts, by armed robbery and by threatening physical violence against another person, and by aiding and abetting armed robbery and threatening physical violence against another person, to wit: employees of Micro Distribution Center, a computer chip company which does business in interstate and foreign commerce as defined in Title 18 United States Code, Section 1951(b)(3),

8

1  and which was located at 48879 Kato Road, Fremont, California, in violation of Title 18, United

2  States Code, Sections 2 and 1951(a).

3  <u>Racketeering Act Three:</u>

4      As charged in Count Eight of this Indictment, which is incorporated by reference as if set

5  forth in full herein, on January 31, 1995, in the City of Fremont, County of Alameda, in the

6  Northern District of California, and elsewhere, defendants **MADY CHAN, CHHAYARITH**

7  **RETH,** and others known and unknown to the Grand Jury, did knowingly obstruct, delay, and

8  affect commerce, and the movement of United States currency and merchandise in commerce, to

9  wit: approximately $1,000,000 worth of computer chips and computer parts, by armed robbery

10  and by threatening physical violence against another person, and by aiding and abetting armed

11  robbery and threatening physical violence against another person, to wit: employees of Unigen, a

12  computer chip company which does business in interstate and foreign commerce as defined in

13  Title 18 United States Code, Section 1951(b)(3), and which was located at 47428 Fremont

14  Boulevard, Fremont, California, in violation of Title 18, United States Code, Sections 2 and

15  1951(a).

16  <u>Racketeering Act Four:</u>

17      As charged in Count Eleven of this Indictment, which is incorporated by reference as if set

18  forth in full herein, on March 14, 1995, in the City of San Jose, County of Santa Clara, Northern

19  District of California, and elsewhere, defendants **JOHN THAT LUONG, HUY CHI LUONG,**

20  **MADY CHAN, CHHAYARITH RETH, HOANG AI LE, NGHIA THANH NGUYEN,** and

21  others known and unknown to the Grand Jury, did knowingly obstruct, delay, and affect

22  commerce and the movement of United States currency and merchandise in commerce, to wit:

23  approximately $500,000 worth of memory chips, memory modules, microprocessors, hard drives,

24  VGA cards and other computer parts, by armed robbery and by threatening physical violence

25  against another person, and by aiding and abetting armed robbery and threatening physical

26

9

violence against another person, to wit: employees of Hokkins Systemation, a computer chip company which does business in interstate commerce as defined in Title 18 United States Code, Section 1951(b)(3), and which was located at 131 East Brokaw, San Jose, California, in violation of Title 18, United States Code, Sections 2 and 1951(a).

Racketeering Act Five:

On July 12, 1995, in the City of Blaine, District of Minnesota, and elsewhere, defendants **JOHN THAT LUONG, HUY CHI LUONG, NGOC BICH NGUYEN, NGHIA THANH NGUYEN, MINH NHUT DUONG,  SINH A. LUC, JOHNNY GIA TRAM,** and others known and unknown to the Grand Jury, did knowingly attempt to obstruct, delay, and affect commerce, and the movement of United States currency and merchandise in commerce, to wit: approximately $400,000 worth of computer chips and other computer parts, by attempted armed robbery and threatening physical violence against another person, by aiding and abetting attempted armed robbery and threatening physical violence against another person, to wit: employees of NEI Electronics, a computer chip company which does business in interstate commerce as defined in Title 18 United States Code Section 1951(b)(3), and which was located at 1700 - 93rd Lane Northeast, Blaine, Minnesota, in violation of Title 18, United States Code, Sections 2 and 1951(a).

Racketeering Act Six:

As charged in Count Fourteen of this Indictment, which is incorporated by reference as if set forth in full herein, on August 18, 1995, in the City of San Jose, County of Santa Clara, Northern District of California, and elsewhere, defendants **JOHN THAT LUONG, MADY CHAN, CHHAYARITH RETH,** and others known and unknown to the Grand Jury, did knowingly obstruct, delay, and affect commerce, and the movement of United States currency and merchandise in commerce, to wit: approximately $61,000 worth of computer hardware, modules, and other computer parts, by armed robbery and by threatening physical violence against another

10

person, and by aiding and abetting armed robbery and threatening physical violence against another person, to wit: employees of Aristocrat, Inc., a computer chip company which does business in interstate commerce as defined in Title 18 United States Code, Section 1951(b)(3), and which was located at 1233 Alderwood Avenue, Sunnyvale, California, in violation of Title 18, United States Code, Sections 2 and 1951(a).

Racketeering Act Seven:

On October 4, 1995, in the City of Beaverton, District of Oregon, and elsewhere, **JOHN THAT LUONG, NGHIA THANH NGUYEN,** and others known and unknown to the Grand Jury, did knowingly obstruct, delay, and affect commerce, and the movement of United States currency and merchandise in commerce, to wit: approximately $350,000 worth of computer parts, by armed robbery and by threatening physical violence against another person, and by aiding and abetting armed robbery and threatening physical violence against another person, to wit: employees of Supercomm Distributors, a computer chip company which does business in interstate commerce as defined in Title 18, United States Code, Section 1951(b)(3), and which was located at 11000 S.W. 11th Street, Suite 450, Beaverton, Oregon, in violation of Title 18, United States Code, Sections 2 and 1951(a).

Racketeering Act Eight:

On February 12, 1996, in the City of Torrance, County of Los Angeles, Central District of California, and elsewhere, defendants **JOHN THAT LUONG, MADY CHAN, MINH NHUT DUONG, THY CHANN, SINH A. LUC,** and others known and unknown to the Grand Jury, did knowingly attempt to obstruct, delay, and affect commerce, and the movement of United States currency and merchandise in commerce, to wit: approximately $3,500,000 worth of central processing units, computer chips and computer parts, by attempted armed robbery and by threatening physical violence against another person, and by aiding and abetting attempted armed robbery and threatening physical violence against another person, to wit: employees of PKI, Inc.,

11

a computer chip company which does business in interstate commerce as defined in Title 18, United States Code Section 1951(b)(3), and which was located at 386 Beech Street, Unit 3, Torrance, California, in violation of Title 18, United States Code, Sections 2 and 1951(a).

Racketeering Act Nine:

On March 15, 1996, in the City of San Diego, Southern District of California, and elsewhere, defendants **JOHN THAT LUONG, HUY CHI LUONG, MINH NHUT DUONG, CAI CHOI UNG, JOHNNY GIA TRAM, CHUNG YIU CHAN,** and others known and unknown to the Grand Jury, did knowingly obstruct, delay, and affect commerce, and the movement of United States currency and merchandise in commerce, to wit: approximately $76,000 worth of computer chips and computer parts, by armed robbery and by threatening physical violence against another person, and by aiding and abetting armed robbery and threatening physical violence against another person, to wit: an employee of Ace Micro, Inc., a computer chip company which does business in interstate commerce as defined in Title 18, United States Code, Section 1951(b)(3), and which was located at 7258 Claremont Mesa Boulevard, San Diego, California, in violation of Title 18, United States Code, Sections 2 and 1951(a).

Racketeering Act Ten:

As charged in Count Sixteen of this Indictment, which is incorporated by reference as if set forth in full herein, beginning at a time unknown but no later than January, 1995, and up to April 9, 1996, in the Northern District of California, the Eastern District of California, the Eastern District of New York, the District of Massachusetts, and elsewhere, **JOHN THAT LUONG, BING YI CHEN, HOANG AI LE, MINH NHUT DUONG, THY CHANN, HUAN XIN LI, CHUNG YIU CHAN,** and others known and unknown to the grand jury, did knowingly, and intentionally conspire, confederate and agree to distribute heroin, a Schedule I controlled substance, in violation of Title 21 U.S.C. Section 846.

12

Racketeering Act Eleven:

As charged in Count Seventeen of this Indictment, which is incorporated by reference as if set forth in full herein, on February 10, 1995, in the Northern District of California, and elsewhere, **JOHN THAT LUONG, HOANG AI LE,** and others known and unknown to the grand jury, did knowingly, and intentionally distribute and possess with intent to distribute and did aid and abet in the distribution and possession with the intent to distribute of, approximately 349 grams of heroin, a Schedule I controlled substance, in violation of Title 21 U.S.C. Section 841(a)(1).

Racketeering Act Twelve:

On July 23, 1995, in the Northern District of California, the Eastern District of New York, and elsewhere, **JOHN THAT LUONG, HUAN XIN LI, CHUNG YIU CHAN,** and others known and unknown to the grand jury, did knowingly, and intentionally distribute and possess with intent to distribute and did aid and abet in the distribution and possession with intent to distribute of, approximately 700 grams of heroin, a Schedule I controlled substance, in violation of Title 21 U.S.C. Section 841(a)(1).

Racketeering Act Thirteen:

Between in or about August 1, 1995 through August 7, 1995, in the Eastern District of California, the Eastern District of New York, the District of Massachusetts, and elsewhere, the defendants, **JOHN THAT LUONG and BING YI CHEN,** committed the following acts, any one of which alone constitutes Racketeering Act Thirteen.

    a.    On August 3, 1995, at 7:29 p.m., in the Eastern District of California and the District of Massachusetts, and elsewhere, defendant **JOHN THAT LUONG** and another individual intentionally used a telephone to cause and facilitate the commission of acts constituting a felony under the Controlled Substances Act, to wit, conspiracy to distribute heroin by discussing the delivery of two "bricks" of heroin, in violation of Title 21, U.S.C. Section 843(b).

1
2
3
4
5
6

   b.      On August 5, 1995, at 9:55 a.m., in the Eastern District of California and the District of Massachusetts, and elsewhere, defendant **JOHN THAT LUONG** and another individual intentionally used a telephone to cause and facilitate the commission of acts constituting a felony under the Controlled Substances Act, to wit, conspiracy to distribute heroin by discussing whether the individual had any heroin on hand for the customer, in violation of Title 21, U.S.C. Section 843(b).

7
8
9
10
11
12

   c.      On August 6, 1995, at 4:01 p.m., in the Eastern District of California and the District of Massachusetts, and elsewhere, defendant **JOHN THAT LUONG** and another individual intentionally used a telephone to cause and facilitate the commission of acts constituting a felony under the Controlled Substances Act, to wit, conspiracy to distribute heroin by discussing whether **JOHN THAT LUONG** could obtain the heroin by August 13, 1995, in violation of Title 21, U.S.C. Section 843(b).

13
14
15
16
17
18
19

   d.      On August 7, 1995, at 11:18 a.m., in the Eastern District of California and the District of Massachusetts, and elsewhere, defendant **JOHN THAT LUONG** and another individual intentionally used a telephone to cause and facilitate the commission of acts constituting a felony under the Controlled Substances Act, to wit, conspiracy to distribute heroin by discussing whether **JOHN THAT LUONG** could find out from **BING YI CHEN** whether the price of the heroin could be lowered because of its poor quality, in violation of Title 21, U.S.C. Section 843(b).

20
21
22
23
24
25

   e.      On August 7, 1995, at 9:42 p.m., in the Eastern District of California and the Eastern District of New York, and elsewhere, defendants **JOHN THAT LUONG and BING YI CHEN** intentionally used a telephone to cause and facilitate the commission of acts constituting a felony under the Controlled Substances Act, to wit, conspiracy to distribute heroin by discussing the quality of the heroin and how the heroin would be delivered to the individual requesting it, in violation of Title 21 U.S.C. Section 843(b).

26

14

Racketeering Act Fourteen:

As charged in Count Eighteen of this Indictment, which is incorporated by reference as if set forth in full herein, on December 27, 1995, in the Northern District of California, and elsewhere, **JOHN THAT LUONG, THY CHANN**, and others known and unknown to the grand jury, did knowingly, and intentionally distribute and possess with intent to distribute, and did aid and abet in the distribution of and possession with intent to distribute of, approximately 119 grams of heroin, a Schedule I controlled substance, in violation of Title 21 U.S.C. Section 841(a)(1).

Racketeering Act Fifteen:

Between in or about February 28, 1996 through March 6, 1996, in the Northern District of California, the Eastern District of California, the Eastern District of New York, and elsewhere, the defendants, **JOHN THAT LUONG, BING YI CHEN, MINH NHUT DUONG, and HUAN XIN LI,** committed the following acts, any one of which alone constitutes Racketeering Act Fifteen.

a.    On February 28, 1998, at approximately 2:23 p.m., in the Eastern District of California and the Eastern District of New York, and elsewhere, defendants **JOHN THAT LUONG and BING YI CHEN** intentionally used a telephone to cause and facilitate the commission of acts constituting a felony under the Controlled Substances Act, to wit, conspiracy to distribute heroin, by discussing the price of a unit of heroin, how much profit they would make on a sale, and concerns about transporting the heroin to New York, in violation of Title 21 U.S.C. Section 843(b).

b.    As charged in Count Nineteen of this Indictment, which is incorporated by reference as if set forth in full here, on February 28, 1998, at approximately 8:09 p.m., in the Northern District of California, the Eastern District of California, and elsewhere, defendant **JOHN THAT LUONG** and Chinh Quoc Pham intentionally used a telephone to cause and

15

facilitate the commission of acts constituting a felony under the Controlled Substances Act, to wit, conspiracy to distribute heroin, by discussing the price of the heroin, in violation of Title 21 U.S.C. Section 843(b).

        c.    As charged in Count Twenty of this Indictment, which is incorporated by reference as if set forth in full here, on March 2, 1996, at approximately 5:01 p.m., in the Northern District of California, the Eastern District of New York, and elsewhere, defendants **BING YI CHEN and HUAN XIN LI,** intentionally used a telephone to cause and facilitate the commission of acts constituting a felony under the Controlled Substances Act, to wit, conspiracy to distribute heroin to discuss giving money to defendant **JOHN THAT LUONG** so that he could buy a plane ticket to send someone to New York, in violation of Title 21 U.S.C. Section 843(b).

        d.    As charged in Count Twenty-one of this Indictment, which is incorporated by reference as if set forth in full here, on March 3, 1996, at approximately 7:47 p.m., in the Northern District of California, the Eastern District of New York, and elsewhere, defendants **BING YI CHEN and MINH NHUT DUONG** intentionally used a telephone to cause and facilitate the commission of acts constituting a felony under the Controlled Substances Act, to wit, conspiracy to distribute heroin by discussing when an individual would arrive at Newark Airport,  in violation of Title 21 U.S.C. Section 843(b).

        e.    On March 5, 1996, in the Northern District of California, the Eastern District of New York, and elsewhere, **JOHN THAT LUONG, BING YI CHEN, MINH NHUT DUONG, HUAN XIN LI,** and others known and unknown to the grand jury, did knowingly, and intentionally distribute and possess with intent to distribute, and did aid and abet in the distribution of and possession with intent to distribute of, approximately 680 grams of heroin, a Schedule I controlled substance, in violation of Title 21 U.S.C. Section 841(a)(1).

        All in violation of Title 18, U.S.C. Section 1962(c).

16

**COUNT TWO**: (18 U.S.C. § 1962(d)- Racketeer Influenced and Corrupt Organization Conspiracy)

The Grand Jury further charges:

1.      The allegations contained in paragraphs Two through Nine of Count One of this Indictment are realleged in this Count and are incorporated by reference as if fully set forth herein.

2.      Beginning from a time unknown, but no later than January, 1995 and up until April 9, 1996, in the Northern District of California, the Eastern District of California, the Central District of California, the Southern District of California, the District of Oregon, the District of Minnesota, the Eastern District of New York, the District of Massachusetts, and elsewhere,

**JOHN THAT LUONG**

**HUY CHI LUONG**

**MADY CHAN**

**BING YI CHEN**

**CHHAYARITH RETH**

**HOANG AI LE**

**MINH NHUT DUONG**

**NGOC BICH NGUYEN**

**NGHIA THANH NGUYEN**

**THY CHANN**

**HUAN XIN LI**

**CAI CHOI UNG**

**SINH A. LUC**

**JOHNNY GIA TRAM**

**CHUNG YIU CHAN**

**MINH TRONG HUYNH**

**HOA DUC NGUYEN**

17

defendants herein, being persons employed by and associated with the enterprise described in paragraphs Two through Eight of Count One, which was engaged in and the activities of which affected interstate and foreign commerce, unlawfully and knowingly did combine, conspire, confederate, and agree with each other, and with persons known and unknown to the Grand Jury, to conduct and participate, directly and indirectly, in the conduct of the affairs of the above-described enterprise through a pattern of racketeering activity, as defined by Title 18, United States Code, Sections 1961(1) and (1961)(5).

      3.  It was part of the conspiracy that the defendants and their co-conspirators would commit acts of racketeering activity, as specified in paragraph Nine of Count One, which are realleged and incorporated herein by reference.

      4.  It was further part of the conspiracy that

**JOHN THAT LUONG**

**HUY CHI LUONG**

**MADY CHAN**

**BING YI CHEN**

**CHHAYARITH RETH**

**HOANG AI LE**

**MINH NHUT DUONG**

**NGOC BICH NGUYEN**

**NGHIA THANH NGUYEN**

**THY CHANN**

**HUAN XIN LI**

**CAI CHOI UNG**

**SINH A. LUC**

18

**JOHNNY GIA TRAM**

**CHUNG YIU CHAN**

**MINH TRONG HUYNH**

**HOA DUC NGUYEN**

defendants herein, each agreed that two or more acts of racketeering would be committed in the conduct of the affairs of the enterprise.

Overt Acts

5.    In furtherance of the above-described conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Northern District of California, the Eastern District of California, the Central District of California, the Southern District of California, the District of Oregon, the District of Minnesota, the Eastern District of New York, the District of Massachusetts, and elsewhere:

(a)    In January, 1995, defendant **CHHAYARITH RETH** organized and directed the robbery crews, including Van Thieng Di and Dung Minh Nguyen, to commit the armed robbery of Micro Distribution Center in Fremont, California.

(b)    On January 11, 1995, defendant **MADY CHAN** drove to Micro Distribution Center in Fremont, California to serve as outside security for the robbery crews.

(c)    In January, 1995, defendant **MADY CHAN** advised Kevin Liu that Unigen in Fremont, California was a potential robbery target.

(d)    In January, 1995, defendant **CHHAYARITH RETH** directed Dung Minh Nguyen and other members of the robbery crew to commit the armed robbery of Unigen in Fremont, California.

(e)    On or about February 1, 1995, defendant **MADY CHAN** contacted Kevin Liu and told him to meet him at a residence in Sacramento where he showed Kevin Liu the computer parts which had been stolen in the armed robbery of Unigen in Fremont, California.

19

(f)    On February 10, 1995, defendants **JOHN THAT LUONG, HOANG AI LE,** and Xuong Manh Quach sold approximately 350 grams of heroin to Jimmy Yu in San Francisco, California for $38,500.

(g)    In or around March, 1995, defendants **JOHN THAT LUONG and HUY CHI LUONG** sold stolen computer parts, including computer memory boards which had been stolen from Unigen, to Nam Phuong Pham for $80,000.

(h)    On March 14, 1995, defendant **CHHAYARITH RETH** and Dung Minh Nguyen drove to San Jose, California in order to commit the robbery of Hokkins Systemation in San Jose, California.

(i)    On March 14, 1995, at approximately 8:30 p.m., defendant **NGHIA THANH NGUYEN** and Dung Minh Nguyen forced the owner of Hokkins Systemation, at gunpoint, from his car and back into the business.

(j)    On March 14, 1995, defendants **NGHIA THANH NGUYEN, CHHAYARITH RETH**, and Dung Minh Nguyen, entered Hokkins Systemation at gunpoint, physically restrained the owner with cable ties, removed computer chips and parts worth approximately $500,000 from the business, and then loaded the stolen components into a cargo van.

(k)    On March 14, 1995, defendant **HOANG AI LE** entered Hokkins Systemation and assisted the robbery crews during the robbery by removing computer chips and parts from the business and loading the stolen items into a cargo van.

(l)    On March 14, 1995, after the armed robbery of Hokkins Systemation, defendants **MADY CHAN, JOHN THAT LUONG, HUY CHI LUONG** and Kevin Liu met with Dung Minh Nguyen in Elk Grove, California to take possession of the stolen computer chips and parts.

(m)    On or about March 15, 1995, defendants **JOHN THAT LUONG and**

20

**HUY CHI LUONG** sold computer chips and parts stolen in the Hokkins Systemation robbery to Nam Phuong Pham for approximately $300,000.

(n)    In May of 1995, at the direction of defendant **JOHN THAT LUONG**, defendant **NGOC BICH NGUYEN** rented a house located at 11658 Quebec Street, Champlin, Minnesota for use as a safehouse for the robbery crews.

(o)    In or around June, 1995, defendant **HUY CHI LUONG** told Dung Minh Nguyen that he would be contacted by defendant **JOHN THAT LUONG** about doing an armed robbery.

(p)    In or around June, 1995, defendant **JOHN THAT LUONG** called Dung Minh Nguyen and instructed him to travel from Northern California to Minneapolis for the purpose of preparing to do a robbery.

(q)    In or around June, 1995, defendants **MINH NHUT DUONG, NGHIA THANH NGUYEN, SINH A. LUC, JOHNNY GIA TRAM,** Michael Huynh, Dung Minh Nguyen, Tai Anh Tran, Tony Bao Quoc Ly, and other members of the robbery crew traveled from California to Minnesota to prepare for a robbery.

(r)    In or around June, 1995, defendants **MINH NHUT DUONG, NGHIA THANH NGUYEN, SINH A. LUC, JOHNNY GIA TRAM,** Michael Huynh, Dung Minh Nguyen, Tai Anh Tran, Tony Bao Quoc Ly, and other members of the robbery crew returned to California.

(s)    In July, 1995, defendants **MINH NHUT DUONG, NGHIA THANH NGUYEN, SINH A. LUC, JOHNNY GIA TRAM,** Michael Huynh, Dung Minh Nguyen, Tai Anh Tran, and other members of the robbery crew traveled from California to Minnesota to prepare for a robbery.

(t)    On July 11, 1995, defendant **JOHN THAT LUONG,** using a cellular telephone in Sacramento, California, spoke with one of the robbery team members to inquire

21

about the status of the robbery preparations.

(u)    On July 11, 1995, defendant **JOHN THAT LUONG** met with Xuong Manh Quach and Jimmy Yu in Sacramento, California and told Jimmy Yu that he would sell Yu one unit (700 grams) of heroin for $60,000.

(v)    On July 12, 1995, defendant **JOHNNY GIA TRAM** drove a rented Dodge van to NEI Electronics in Blaine, Minnesota for the purpose of committing an armed robbery of the business and its employees.

(w)    On July 12, 1995, at approximately 9:00 p.m., defendants **MINH NHUT DUONG, NGHIA THANH NGUYEN,** Dung Minh Nguyen, and another individual, confronted two employees of NEI Electronics in Blaine, Minnesota as they were leaving the business and attempted to force them, at gunpoint, to re-open the business.

(x)    On July 12, 1995, defendant **NGHIA THANH NGUYEN**, Dung Minh Nguyen, and another individual kidnaped, at gunpoint, two employees of NEI Electronics in Blaine, Minnesota to facilitate their escape from the area.

(y)    On July 15, 1995, defendant **NGOC BICH NGUYEN**, using the name of Eddy Tran, brought $650 to the Anoka County Jail facility in Anoka, Minnesota for defendants **MINH NHUT DUONG, JOHNNY GIA TRAM**, Khoung Lay Tang, Quang Huy Le, Tai Anh Tran, Son Van Ly, Tam Tuong Nguyen, and Thanh Lam Nguyen.

(z)    On July 23, 1995, defendants **HUAN XIN LI and CHUNG YIU CHAN** distributed approximately 700 grams of heroin to Jimmy Yu in Brooklyn, New York.

(aa)    In or around August, 1995, John Cheng Jung Chu gave the name and address of Aristocrat, Inc. in Sunnyvale, California to defendant **MADY CHAN** and Kevin Liu as a potential robbery target.

(bb)    In or around August, 1995, defendants **JOHN THAT LUONG, HUY CHI LUONG** and Michael Huynh directed defendants **NGHIA THANH NGUYEN, JOHNNY**

22

**GIA TRAM,** Polo Sok, Anne Mak, Kha Khiev, and Eoeng Oeur to plan for a robbery of a computer business located at 305 17th Street in Huntington Beach, California.

        (cc)    On August 7, 1995, at approximately 9:53 p.m., after learning that Sinh Van Ta, Thanh Thuan Chiem, and others had been arrested in Worchester, Massachusetts, defendant **JOHN THAT LUONG** telephoned defendant **BING YI CHEN** and told him to change his telephone number.

        (dd)    On August 7, 1995, defendant **JOHN THAT LUONG** telephoned Tram Nguyen in Worchester, Massachusetts to tell her that he would send $6,000 to her, through Western Union, for a lawyer.

        (ee)    On August 18, 1995, defendant **CHHAYARITH RETH** and other members of the robbery team entered Aristocrat Inc. in Sunnyvale, California, at gunpoint, physically restrained employees with cable ties, removed computer chips and parts worth approximately $61,000 from storage areas, loaded the stolen items into vehicles and drove away.

        (ff)    In or around September, 1995, after the Aristocrat Inc. robbery, defendants **JOHN THAT LUONG, MADY CHAN,** and Kevin Liu contacted John Cheng Jung Chu and advised him that defendant **CHHAYARITH RETH** was in custody and that they needed money to pay for defendant **CHHAYARITH RETH'S** lawyer fees.

        (gg)    On September 29, 1995, at approximately 8:58 p.m., defendant **NGHIA THANH NGUYEN** made a telephone call to defendant **JOHN THAT LUONG** to report that he had surveyed the robbery target in Oregon and that it appeared to have a lot of inventory.

        (hh)    In or around October, 1995, John Cheng Jung Chu gave the names and addresses of Progen, Edon, LA Trade and Dolphin to defendant **JOHN THAT LUONG** as potential computer chip companies to rob.

        (ii)    In October, 1995, defendant **HOA DUC NGUYEN** asked William Nagatsuka to assist defendant **BING YI CHEN** with an armed robbery of a computer chip

23

company in the Los Angeles, California area.

(jj)    In October, 1995, defendant **BING YI CHEN** told William Nagatsuka to survey Progen, a computer chip company, and told him the company would have an inventory of computer products worth $2,000,000 when they did the robbery.

(kk)    On October 4, 1995, at the direction of defendant **JOHN THAT LUONG**, defendant **NGHIA THANH NGUYEN**, Michael Huynh, Anne Yan Mak, Dung Minh Nguyen, Polo Sok, Kha Khiev, Phuc Huu Nguyen, Kenghiep Thanh Nguyen, Huy Duc Diep, Tai Anh Tran, Walter Wong, Eoung Oeur, and Cuong Quang Thach committed an armed robbery of Supercomm Distributors in Beaverton, Oregon, tied up two employees of the business during the course of the robbery, and stole computer chips and parts worth approximately $350,000.

(ll)    On or about October 5, 1995, defendants **JOHN THAT LUONG and BING YI CHEN** traveled to Oregon to inventory the stolen computer chips and computer products taken during the Supercomm Distributors robbery.

(mm)    On October 8, 1995, defendants **JOHN THAT LUONG, BING YI CHEN, HOANG AI LE, HUAN XIN LI, NGHIA THANH NGUYEN,** Michael Huynh, Eoung Oeur, and other individuals met at the Paper Moon in San Bruno, California.

(nn)    On or about October 8, 1995, defendant **HOANG AI LE** sent defendants **NGHIA THANH NGUYEN and THY CHANN** to Los Angeles, California to assist defendant **JOHN THAT LUONG** with an armed robbery of a computer chip company in that area.

(oo)    On October 9, 1995, defendants **CAI CHOI UNG and CHUNG YIU CHAN** traveled from Oakland, California to Los Angeles, California to assist defendant **JOHN THAT LUONG** with an armed robbery of a computer chip company.

(pp)    On October 13, 1995, defendants **JOHN THAT LUONG, THY CHANN,** Dung Minh Nguyen, Michael Huynh, Tai Anh Tran, Walter Wong, and others met at the Triple 8 Seafood Restaurant in Rosemead, California to discuss plans for an armed

24

robbery of a computer chip company in the Los Angeles area.

(qq)    On October 13, 1995, at the Triple 8 Seafood Restaurant in Rosemead, California, defendant **JOHN THAT LUONG** had in his possession a list of computer chip companies.

(rr)    On December 27, 1995, defendant **THY CHANN** sold approximately 119 grams of heroin to Jimmy Yu for $15,000 in San Francisco, California.

(ss)    In January, 1996, defendant **BING YI CHEN** directed defendant **HOA DUC NGUYEN** and William Nagatsuka to assist in the armed robbery of a computer chip company in Los Angeles, California.

(tt)    In February, 1996, defendant **MADY CHAN** gave defendant **JOHN THAT LUONG** money to cover expenses for an armed robbery being planned in the area of Los Angeles, California.

(uu)    On February 9, 1996, defendant **MADY CHAN** stayed at the Courtyard Mariott in Hacienda Heights, California.

(vv)    On February 10, 1996, in a telephone call, defendant **NGOC BICH NGUYEN** advised defendant **JOHN THAT LUONG** that he was looking at some computer chip companies in North Carolina as potential robbery targets.

(ww)    On February 11, 1996, in preparing for the armed robbery, defendant **SINH A. LUC** reminded William Nagatsuka to bring the police scanner with him.

(xx)    On February 12, 1996, defendants **MINH TRONG HUYNH, THY CHANN,** Van Thieng Di, William Nagatsuka, Jim NG, Hung Chu, Quoc T. Chiem, Thongsouk Theng Lattanapham, Son Van Nguyen, and Hoang Bao Lu drove to PKI Inc. in Torrance, California to commit an armed robbery of the business.

25

(yy)    On March 5, 1996, defendant **BING YI CHEN** and Du Din Le met with an undercover agent in Brooklyn, New York and sold him approximately 680 grams of heroin for $60,000.

(zz)    On March 12, 1996, in planning for the armed robbery of a computer chip company in San Diego, California, in a telephone conversation, defendant **HUY CHI LUONG** instructed defendant **JOHNNY GIA TRAM** to put a mask over the victim's face, to tie the victim up, and to order the release of the victim only after defendant **JOHNNY GIA TRAM** had driven away with the stolen merchandise for three to four hours or after defendant **JOHNNY GIA TRAM** arrived in Stockton, California.

(aaa)    On March 15, 1996, defendant **MINH NHUT DUONG** flew from Oakland, California to Los Angeles, California on United Airlines using the name of Vuong Khoa.

(bbb)    On March 15, 1996, defendants **CAI CHOI UNG and CHUNG YIU CHAN** drove a U-haul truck containing computer chips and parts stolen in the armed robbery of Ace Micro in San Diego, California from San Diego, California to Elk Grove, California.

All in violation of Title 18, United States Code, Section 1962(d).

26

## <u>RICO FORFEITURE ALLEGATIONS</u>

Upon conviction on either Count One or Two, each defendant shall forfeit to the United States, any interest the defendant has acquired and maintained in violation of Title 18, United States Code, Section 1962; and any interest in, security of, claims against and property and contractual rights afforded in a source of influence over, the enterprise, which the defendant established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962; and any property constituting and derived from proceeds, which the defendant obtained, directly or indirectly from racketeering activity in violation of Section 1962.  Such property subject to forfeiture includes, but is not limited to at least $5,000,000 and all interests and proceeds traceable thereto.

All pursuant to Title 18, United States Code, Sections 1962 and 1963.

27

**COUNT THREE**:    (18 U.S.C. 1951(a) -   Conspiracy to Commit Robbery Affecting Interstate Commerce)

The Grand Jury further charges:

Beginning at a time unknown but no later than January, 1995 and up until February 12, 1996, in the Northern District of California, the Eastern District of California, the Central District of California, and elsewhere, defendant

### VAN THIENG DI

and others known and unknown to the Grand Jury did knowingly agree to obstruct, delay, and affect commerce, and the movement of United States currency and merchandise in commerce, by robbery and by threatening physical violence against another person, to wit: employees of the companies involved in the sale and distribution of computer chips and other computer equipment, and which do business in interstate and foreign commerce as defined under 18 U.S.C. Section 1951(b)(3), hereinafter referred to as "computer chip companies".

All in violation of Title 18, United States Code Section 1951(a).

28

**COUNT FOUR:**    (18 U.S.C. § 1951(a) - Conspiracy to Commit a Robbery Affecting Interstate Commerce)

The Grand Jury charges that:

1. Between on or about January 1, 1995 and January 11, 1995, in City of Fremont, County of Alameda, Northern District of California,

**MADY CHAN**

**CHHAYARITH RETH**

defendants herein, and others known and unknown to the Grand Jury, did knowingly agree and conspire to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by armed robbery and by threatening physical violence against another person, and by aiding and abetting armed robbery and threatening physical violence against another person, to wit: employees of Micro Distribution Center, a company which does business in foreign and interstate commerce as defined in 18 U.S.C. § 1951(b)(3), and which was located at 48879 Kato Road, Fremont, California.

All in violation of Title 18, United States Code, Section 1951(a).

**COUNT FIVE :**    (18 U.S.C. § 1951(a) - Robbery Affecting Interstate Commerce)

The Grand Jury further charges that:

On January 11, 1995, in the City of Fremont, County of Alameda,  and Northern District of California,

### MADY CHAN

### CHHAYARITH RETH .

defendants herein, and others known and unknown to the Grand Jury, did knowingly obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, to wit: approximately $1,000,000 worth in memory chips, central processing units, and other computer parts, by armed robbery and by threatening physical violence against another person, and by aiding and abetting armed robbery and threatening physical violence against another person, to wit: employees of Micro Distribution Center, a company which does business in foreign and interstate commerce as defined in 18 U.S.C. § 1951(a)(3), and which was located at 48879 Kato Road, Fremont, California.

All in violation of Title 18, United States Code, Sections 2 and 1951(a).

30

**COUNT SIX:**         (18 U.S.C. § 924(c)(l) - Use of Firearm to Commit A Violent Felony)

The Grand Jury further charges that:

On January 11, 1995, in the City of Fremont, County of Alameda, and Northern District of California,

**MADY CHAN**

**CHHAYARITH RETH**

defendants herein, and others known and unknown to the Grand Jury, who were members of the conspiracy charged in Count Four, which is incorporated by reference as if fully set forth herein, did knowingly use and carry firearms during and in relation to a crime of violence, namely, the offense alleged in Count Five of this indictment, the Micro Distribution Center robbery, which is incorporated by reference as if fully set forth herein.

All in violation of Title 18, United States Code, Section 924(c)(1).

31

**COUNT SEVEN:**    (18 U.S.C. § 1951(a) - Conspiracy to Commit a Robbery Affecting
Interstate Commerce)

The Grand Jury charges that:

1. Between on or about January 12, 1995 and January 31, 1995, in City of Fremont, County of Alameda, and Northern District of California,

## MADY CHAN

## CHHAYARITH RETH

defendants herein, and others known and unknown to the Grand Jury, did knowingly agree and conspire to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by armed robbery and by threatening physical violence against another person, and by aiding and abetting armed robbery and threatening physical violence against another person, to wit: employees of Unigen, a company which does business in foreign and interstate commerce as defined in 18 U.S.C. § 1951(b)(3), and which was located at 47428 Fremont Boulevard, Fremont, California.

All in violation of Title 18, United States Code, Section 1951(a).

1  **COUNT EIGHT:**    (18 U.S.C. § 1951(a) - Robbery Affecting Interstate Commerce)

2    The Grand Jury further charges that:

3    On January 31, 1995, in the City of Fremont, County of Alameda, and Northern District of

4  California,

5                                  **MADY CHAN**

6                             **CHHAYARITH RETH**

7  defendants herein, and others known and unknown to the Grand Jury, did knowingly obstruct,

8  delay, and affect commerce, and the movement of articles and commodities in commerce, to wit:

9  approximately $1,000,000 worth of computer chips and computer parts, by armed robbery and by

10  threatening physical violence against another person, and by aiding and abetting armed robbery

11  and threatening physical violence against another person, to wit: employees of Unigen, a company

12  which does business in foreign and interstate commerce as defined in 18 U.S.C. § 1951(a)(3), and

13  which was located at 47428 Fremont Boulevard, Fremont, California.

14    All in violation of Title 18, United States Code, Sections 2 and 1951(a).

15

16

17

18

19

20

21

22

23

24

25

26

**COUNT NINE:**     (18 U.S.C. § 924(c)(l) - Use of a Firearm to Commit a Violent Felony)

The Grand Jury further charges that:

On January 31, 1995, in the City of Fremont, County of Alameda, and Northern District of California,

## MADY CHAN

## CHHAYARITH RETH

defendants herein, and others known and unknown to the Grand Jury, who were members of the conspiracy charged in Count Seven, which is incorporated by reference as if fully set forth herein, did knowingly use and carry firearms during and in relation to a crime of violence, namely, the offense alleged in Count Eight of this indictment, the Unigen robbery, which is incorporated by reference as if fully set forth herein.

All in violation of Title 18, United States Code, Section 924(c)(1).

34

**COUNT TEN:**    (18 U.S.C. § 1951(a) - Conspiracy to Commit a Robbery Affecting Interstate Commerce)

The Grand Jury further charges that:

1. Between on or about March 1, 1995 and March 14, 1995, in the City of San Jose, County of Santa Clara, State and Northern District of California,

**JOHN THAT LUONG**

**HUY CHI LUONG**

**MADY CHAN**

**CHHAYARITH RETH**

**HOANG AI LE**

**NGHIA THANH NGUYEN**

defendants herein, and others known and unknown to the Grand Jury, did knowingly agree and conspire to obstruct, delay, and affect commerce, and the movement of United States currency and merchandise in commerce, by armed robbery and by threatening physical violence against another person, and by aiding and abetting armed robbery and threatening physical violence against another person, to wit: employees of Hokkins Systemation, a company which does business in interstate commerce as defined in 18 U.S.C. § 1951(b)(3), and which was located at 131 East Brokaw, San Jose, California.

All in violation of Title 18, United States Code, Section 1951(a).

35

**COUNT ELEVEN:**   (18 U.S.C. § 1951(a) - Robbery Affecting Interstate Commerce)

The Grand Jury further charges that:

On March 14, 1995, in the City of San Jose, County of Santa Clara, State and Northern District of California,

**JOHN THAT LUONG**

**HUY CHI LUONG**

**MADY CHAN**

**CHHAYARITH RETH**

**HOANG AI LE**

**NGHIA THANH NGUYEN**

defendants herein, and others known and unknown to the Grand Jury, did knowingly obstruct, delay, and affect commerce, and the movement of United States currency and merchandise in commerce, to wit: approximately $500,000 worth of memory chips, memory modules, microprocessors, hard drives, VGA cards and other computer parts, by armed robbery and by threatening physical violence against another person, and by aiding and abetting armed robbery and threatening physical violence against another person, to wit: employees of Hokkins Systemation, a company which does business in interstate commerce as defined in 18 U.S.C. § 1951(a)(3), and which was located at 131 East Brokaw,  San Jose, California.

All in violation of Title 18, United States Code, Sections 2 and 1951(a).

36

**COUNT TWELVE:**    (18 U.S.C. § 924(c)(l)) - Use of a Firearm to Commit a Violent Felony

The Grand Jury further charges that:

On March 14, 1995, in San Jose, County of Santa Clara, State and Northern District of California,

**JOHN THAT LUONG**

**HUY CHI LUONG**

**MADY CHAN**

**CHHAYARITH RETH**

**HOANG AI LE**

**NGHIA THANH NGUYEN**

defendants herein, and others known and unknown to the Grand Jury, who were members of the conspiracy charged in Count Ten, which is incorporated by reference as if fully set forth herein, did knowingly use and carry firearms during and in relation to a crime of violence, namely, the offense alleged in Count Eleven of this indictment, the Hokkins Systemation robbery, which is incorporated by reference as if fully set forth herein.

All in violation of Title 18, United States Code, Section 924(c)(1).

37

**COUNT THIRTEEN:**    (18 U.S.C. § 1951(a) - Conspiracy to Commit a Robbery Affecting Interstate Commerce)

The Grand Jury further charges that:

1.    Between on or about August 1, 1995 and August 18, 1995, in the City of Sunnyvale, County of Santa Clara, State and Northern District of California,

**JOHN THAT LUONG**

**MADY CHAN**

defendants herein, Chhayarith Reth, who is not charged in this count, and others known and unknown to the Grand Jury, did knowingly agree and conspire to obstruct, delay, and affect commerce, and the movement of United States currency and merchandise in commerce, by armed robbery and by threatening physical violence against another person, and by aiding and abetting armed robbery and threatening physical violence against another person, to wit: employees of Aristocrat, Inc., a company which does business in interstate commerce as defined in 18 U.S.C. § 1951(b)(3), and which was located at 1233 Alderwood Avenue, Sunnyvale, California.

All in violation of Title 18, United States Code, Section 1951(a).

38

**COUNT FOURTEEN:**    (18 U.S.C. § 1951(a) - Robbery Affecting Interstate Commerce)

The Grand Jury further charges that:

On August 18, 1995, in the City of Sunnyvale, County of Santa Clara, State and Northern District of California,

### JOHN THAT LUONG

### MADY CHAN

defendants herein, Chhayarith Reth, who is not charged in this count, and others known and unknown to the grand jury, did knowingly obstruct, delay, and affect commerce, and the movement of United States currency and merchandise in commerce,  to wit: approximately $61,000 worth of computer hardware, modules, and other computer parts, by armed robbery and by threatening physical violence against another person, and by aiding and abetting armed robbery and threatening physical violence against another person, to wit: employees of Aristocrat, Inc., a company which does business in interstate commerce as defined in 18 U.S.C. § 1951(a)(3), and which was located at 1233 Alderwood Avenue, Sunnyvale, California.

All in violation of Title 18, United States Code, Sections 2 and 1951(a).

39

**COUNT FIFTEEN:**          (18 U.S.C. § 924(c)(l)) - Use of a Firearm to Commit a Violent Felony

The Grand Jury further charges that:

On August 18, 1995, in the City of Sunnyvale, County of Santa Clara, State and Northern District of California,

## JOHN THAT LUONG

## MADY CHAN

defendants herein, Chhayarith Reth, who is not charged in this count, and others known and unknown to the grand jury, who were members of the conspiracy charged in Count Thirteen, which is incorporated by reference as if fully set forth herein, did knowingly use and carry firearms during and in relation to a crime of violence, namely, the offense alleged in Count Fourteen of this indictment, the Aristocrat Inc. robbery, which is incorporated by reference as if fully set forth herein.

All in violation of Title 18, United States Code, Section 924(c)(1).

40

**COUNT SIXTEEN:**        (21 U.S.C. Section 846 - Conspiracy to Distribute Heroin)

The Grand Jury further charges:

1.        Beginning at a time unknown but no later than January, 1995, and up to the date of the filing of this indictment, in the Northern District of California, the Eastern District of California, the Eastern District of New York, the District of Massachusetts, and elsewhere, defendants

**JOHN THAT LUONG**

**BING YI CHEN**

**HOANG AI LE**

**MINH NHUT DUONG**

**THY CHANN**

**HUAN XIN LI**

**CHUNG YIU CHAN**

**CHINH QUOC PHAM**

herein, and others known and unknown to the grand jury, did knowingly, and intentionally conspire, confederate and agree to distribute heroin, a Schedule I controlled substance.

2.        It was part of the conspiracy that defendants **JOHN THAT LUONG and BING YI CHEN** supervised the wholesale purchase and distribution of heroin to customers in the Northern District of California, the Eastern District of New York, and the District of Massachusetts.

3.        It was part of the conspiracy that one of the heroin sources of supply for defendants **JOHN THAT LUONG and BING YI CHEN** was defendant **CHINH QUOC PHAM.**

4.        It was part of the conspiracy that, under the direction of defendant **JOHN THAT LUONG,** defendants **HOANG AI LE,  HUAN XIN LI,  MINH NHUT DUONG,  THY**

41

CHANN, and **CHUNG YIU CHAN** distributed heroin to customers of defendants **JOHN THAT LUONG and BING YI CHEN**.

5.    It was part of the conspiracy that, under the direction of defendant **JOHN THAT LUONG**, defendants **HOANG AI LE, HUAN XIN LI, MINH NHUT DUONG, THY CHANN, CHUNG YIU CHAN** collected money from customers of defendants **JOHN THAT LUONG and BING YI CHEN** for the heroin that was purchased by the customers.

Overt Acts:

6.    In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts, among others:

(a)    On February 1, 1995, defendant **HOANG AI LE** told Jimmy Yu that he was a partner with defendant **JOHN THAT LUONG** and that **LUONG** was the supplier of the heroin.

(b)    On February 10, 1995, at approximately 3:00 a.m., Jimmy Yu met with defendant **HOANG AI LE**, who, in the presence of defendant **JOHN THAT LUONG** and Xuong Manh Quach, offered Yu a portion of the heroin to take with him.

(c)    On February 10, 1995, after receiving 350 grams of heroin from Xuong Manh Quach, Jimmy Yu was asked by defendant **HOANG AI LE** in the presence of defendant **JOHN THAT LUONG** whether everything was okay.

(d)    On July 11, 1995, Jimmy Yu and Xuong Manh Quach traveled to Sacramento to meet with defendant **JOHN THAT LUONG** to discuss a heroin transaction.

(e)    On July 11, 1995, defendant **JOHN THAT LUONG** told Jimmy Yu that the cost of one unit of heroin would be $60,000 and that the heroin deal could be done within a week if Yu was able to travel to New York.

(f)    On July 17, 1995, defendant **JOHN THAT LUONG** introduced defendant **HUAN XIN LI** to Jimmy Yu and advised Yu that defendant **HUAN XIN LI** would contact Yu in

42

New York to do the heroin deal.

(g)     On July 21, 1995, Jimmy Yu spoke with defendant **JOHN THAT LUONG** by telephone and advised him that Yu had arrived in New York and was prepared to go forward with the heroin purchase as previously discussed.

(h)     On July 23, 1995, Jimmy Yu contacted defendant **HUAN XIN LI** and agreed to meet him at a restaurant in Brooklyn, New York  in order to complete the heroin transaction.

(i)     On July 23, 1995, defendant **HUAN XIN LI** introduced defendant **CHUNG YIU CHAN**  to Jimmy Yu.

(j)     On July 23, 1995, in the presence of defendant **HUAN XIN LI**, defendant **CHUNG YIU CHAN** handed Jimmy Yu a bag which contained 700 grams of heroin.

(k)     On July 23, 1995, after receiving the heroin from defendant **CHUNG YIU CHAN**, Jimmy Yu received a telephone call from defendant **JOHN THAT LUONG** who instructed Yu that **LUONG** would send someone to Yu's hotel to pick up the money for the heroin.

(l)     On July 23, 1995, in his hotel room in Queens, New York, Jimmy Yu met with defendant **CHUNG YIU CHAN** and paid him $60,000 for the heroin.

(m)     On August 7, 1995, at approximately 9:53 p.m., after learning that Sinh Van Ta, Thanh Thuan Chiem, and others had been arrested in Massachusetts, defendant **JOHN THAT LUONG** telephoned defendant **BING YI CHEN** and told him to change his telephone number.

(n)     On August 14, 1995, at approximately 2:51 p.m., defendant **JOHN THAT LUONG** telephoned Tram Nguyen in Worchester, Massachusetts to tell her that he would send $6,000 to her, through Western Union, for a lawyer.

(o)     On December 27, 1995, defendant **THY CHANN** sold 119 grams of

43

heroin to Jimmy Yu for $15,000 in San Francisco, California.

(p)    On March 4, 1996, defendant **BING YI CHEN** drove to Newark airport and picked up Du Din Le who had disembarked from America West Flight 680 from Phoenix, Arizona.

(q)    On March 5, 1996, at approximately 5:00 p.m., defendant **BING YI CHEN** and Du Din Le met with the undercover agent at the Burger King, located at Northern Boulevard and 146th Street in Brooklyn, New York where Du Din Le passed 680 grams of heroin to the undercover agent.

(r)    On March 5, 1996, at approximately 3:53 p.m., defendant **JOHN THAT LUONG** spoke on the telephone with defendant **CHINH QUOC PHAM** to advise him that the heroin was short "28".

All in violation of Title 21 U.S.C. Section 846.

44

1  **COUNT SEVENTEEN:**  (21 U.S.C. Section 841(a)(1) - Distribution of Heroin)

2       The Grand Jury further charges:

3       On February 10, 1995, in the Northern District of California, and elsewhere, defendants

4                          **JOHN THAT LUONG**

5                            **HOANG AI LE**

6  and others known and unknown to the grand jury, did knowingly, and intentionally distribute and

7  possess with intent to distribute, and did aid and abet in the distribution of and possession with

8  intent to distribute of, approximately 349 grams of heroin, a Schedule I controlled substance.

9       All in violation of Title 21 U.S.C. Section 841(a)(1) and Title 18, United States Code,

10 Section 2.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                   45

**COUNT EIGHTEEN:**  (21 U.S.C. Section 841(a)(1) - Distribution of Heroin)

The Grand Jury further charges:

On December 27, 1995, in the Northern District of California, and elsewhere

**JOHN THAT LUONG**

**THY CHANN**

and others known and unknown to the grand jury, did knowingly, and intentionally distribute and

possess with intent to distribute heroin, and did aid and abet in the distribution of and possession

with intent to distribute of, approximately 119 grams of heroin, a Schedule I controlled substance.

All in violation of Title 21 U.S.C. Section 841(a)(1) and Title 18, United States Code,

Section 2.

46

**COUNT NINETEEN:** (21 U.S.C. 843(b) -Unlawful Use of a Telecommunications Facility)

The Grand Jury further charges that:

On February 28, 1998, at approximately 8:09 p.m., in the Northern District of California, the Eastern District of California, and elsewhere, defendants

**JOHN THAT LUONG**

**CHINH QUOC PHAM**

intentionally used a telephone to cause and facilitate the commission of acts constituting a felony under the Controlled Substances Act, to wit, conspiracy to distribute heroin, by discussing the price of the heroin.

All in violation of Title 21 U.S.C. Section 843(b).

47

**COUNT TWENTY:** (21 U.S.C. 843(b) - Unlawful Use of a Telecommunications Facility)

The Grand Jury further charges that:

On March 2, 1996, at approximately 5:01 p.m., in the Northern District of California, the Eastern District of New York, and elsewhere, defendants

**BING YI CHEN**

**HUAN XIN LI**

intentionally used a telephone to cause and facilitate the commission of acts constituting a felony under the Controlled Substances Act, to wit, conspiracy to distribute heroin to discuss giving money to defendant **JOHN THAT LUONG** so that he could buy a plane ticket to send someone to New York.

All in violation of Title 21 U.S.C. Section 843(b).

48

1  **COUNT TWENTY-ONE:** (21 U.S.C. 843(b) -Unlawful Use of a Telecommunications Facility)

2       The Grand Jury further charges:

3       On March 3, 1996, at approximately 7:47 p.m., in the Northern District of California, the

4  Eastern District of New York, and elsewhere, defendants

5                          **BING YI CHEN**

6                          **MINH NHUT DUONG**

7  intentionally used a telephone to cause and facilitate the commission of acts constituting a felony

8  under the Controlled Substances Act, to wit, conspiracy to distribute heroin by discussing when

9  an individual would arrive at Newark Airport.

10      All  in violation of Title 21 U.S.C. Section 843(b).

11

12

13                          A  T R U E  B I L L

14

15

16                          Foreperson

17

18  MICHAEL J. YAMAGUCHI
    United States Attorney
19  Northern District of California

20

21  Approved as to form: _____
                          (AUSA E.K. Lee)

22

23

24

25

26

                          49

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 26, 2007

U.S. District Court
500 Pearl St.
New York, NY 10007

**O7 CRIM 1112**

Case Number: CR96-94 EXE/MHP

Case Title:  US-v- Hoa Duc Nguyen

Dear Clerk:

Pursuant to the Order transferring the above-captioned case to your Court, transmitted herewith are:

(X)      Certified copy of the docket entries;

(x)      Certified copy of the Indictment/Information;

( )      Certified copy of the Transferral Order;

(x)      Certified copy of the Consent to Transfer

Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: Lori Murray
Deputy Clerk

(enclosures)

cc: Copies to Counsel of Record
Courtroom Deputy



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 6 2007

o:\mrg\crim\r20.out

Rev 11/95

APPEAL, EXHIBITS, ICMS

# U.S. District Court
## California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:96-cr-00094-MHP-18
## Internal Use Only

Case title: USA v. Luong, et al., et al

Date Filed: 04/09/1996
Date Terminated: 11/21/2007

Assigned to: Hon. Marilyn H. Patel

### Defendant

**Hoa Duc Nguyen** (18)
*TERMINATED: 11/21/2007*
*also known as*
Ah Hoa (18)
*TERMINATED: 11/21/2007*

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Opening)** | |
| None | |
| **Terminated Counts** | **Disposition** |
| 18:1962(d) Racketeer Influenced and Corrupt Organization Conspiracy (2s) | rule 20 out to Southern Dist. NY |
| 18:1951(a) Hobbs Act - Conspiracy to interfere with commerce by threats or violence (3) | rule 20 out to Southern Dist. NY |
| **Highest Offense Level (Terminated)** | |
| Felony | |
| **Complaints** | **Disposition** |
| None | |

11-26-07

### Plaintiff

**USA**                                                represented by   **Anjali Chaturvedi**
                                                                        Assistant US Attorneys' Office
                                                                        11th Floor, 450 Golden Gate Avenue
                                                                        San Francisco, CA 94102
                                                                        415-436-6843
                                                                        Email: anjali.chaturvedi@usdoj.gov
                                                                        *TERMINATED: 01/20/2006*
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Anne-Christine Massullo**
                                                                        U.S. Attorney's Office
                                                                        450 Golden Gate Avenue
                                                                        P.O. Box 36055
                                                                        San Francisco, CA 94102
                                                                        (415)436-7200
                                                                        Email: Anne-
                                                                        Christine.Massullo@usdoj.gov
                                                                        *TERMINATED: 10/26/2005*
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Elizabeth K. Lee**
                                                                        U.S. Attorney's Office
                                                                        450 Golden Gate Avenue
                                                                        P.O. Box 36055
                                                                        San Francisco, CA 94102
                                                                        (415)436-7200
                                                                        Email: Elizabeth.Lee@usdoj.gov
                                                                        *TERMINATED: 02/06/2002*
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Lawrence L. Leigh**
                                                                        U S Attorney
                                                                        Organized Crime Strike Force
                                                                        450 Golden Gate Ave
                                                                        San Francisco, CA 94102
                                                                        (415) 556-0756
                                                                        *TERMINATED: 02/06/2002*
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Rebecca C. Hardie**
                                                                        U.S. Attorney's Office
                                                                        1301 Clay Street
                                                                        Suite 340S
                                                                        Oakland, CA 94612
                                                                        (510) 637-3680
                                                                        Email: RCHv@pge.com

*TERMINATED: 10/26/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Cutler**
U.S. Attorney's Office
150 Almaden Blvd, Suite 900
San Jose, CA 95113
408-535-5043
Email: richard.cutler@usdoj.gov
*TERMINATED: 05/18/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert David Rees**
U.S. Attorney's Office
Criminal
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102
415/436-7200
Fax: 415-436-7234
Email: robert.rees@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/1996 | 1 | INDICTMENT by AUSA Elizabeth K. Lee. Counts filed against John That Luong (1) count(s) 1, 2, 3, 4, 5, 6, Huy Chi Luong (2) count(s) 1, 2, 3, Bing Yi Chen (3) count(s) 1, 2, 3, 4, Michael C. Huynh (4) count(s) 1, 2, 3, Chhayarith Reth (5) count(s) 1, 2, 3, Polo Sok (6) count(s) 1, 2, 3, Hoang Ai Le (7) count(s) 1, 2, 3, 4, 5, Minh Nhut Duong (8) count(s) 1, 2, 3, 4, Ngoc Bich Nguyen (9) count(s) 1, 2, 3, Nghia Thanh Nguyen (10) count(s) 1, 2, 3, Thy Chann (11) count(s) 1, 2, 3, 4, 6, Huan Xin Li (12) count(s) 1, 2, 3, 4, Mady Chan (13) count(s) 3, Cai Choi Ung (14) count (s) 3, William Fumiyasu Nagatsuka (15) count(s) 3, Sinh A. Luc (16) count(s) 3, Minh Trong Huynh (17) count(s) 3, Hoa Duc Nguyen (18) count(s) 3, Johnny Gia Tram (19) count(s) 3, Van Thieng Di (20) count (s) 3, John Cheng Jung Chu (21) count(s) 3, Xuong Manh Quach (22) count(s) 4, 5, 6, Chung Yiu Chan (23) count(s) 4, Chinh Quoc Pham (24) count(s) 4 (lsk, COURT STAFF) Modified on 04/15/1996 (Entered: 04/11/1996) |
| 04/09/1996 | 2 | APPLICATION to seal indictment by Plaintiff USA as to defendant John That Luong, defendant Huy Chi Luong, defendant Bing Yi Chen, defendant Michael C. Huynh, defendant Chhayarith Reth, defendant Polo Sok, defendant Hoang Ai Le, defendant Minh Nhut Duong, defendant Ngoc Bich Nguyen, defendant Nghia Thanh Nguyen, defendant Thy Chann, defendant Huan Xin Li, defendant Mady Chan, defendant Cai |

| | | |
|---|---|---|
| | | Choi Ung, defendant William Fumiyasu Nagatsuka, defendant Sinh A. Luc, defendant Minh Trong Huynh, defendant Hoa Duc Nguyen, defendant Johnny Gia Tram, defendant Van Thieng Di, defendant John Cheng Jung Chu, defendant Xuong Manh Quach, defendant Chung Yiu Chan, defendant Chinh Quoc Pham (lsk, COURT STAFF) Modified on 04/15/1996 (Entered: 04/11/1996) |
| 04/09/1996 | 3 | ORDER by Chief Mag. Judge F. S. Langford granting application [2-1] to seal case (lsk, COURT STAFF) Modified on 04/15/1996 (Entered: 04/11/1996) |
| 04/09/1996 | | Bench Warrant issued for John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham by Chief Mag. Judge F. S. Langford Bail Set: NO BAIL (scu, COURT STAFF) Modified on 04/15/1996 (Entered: 04/11/1996) |
| 04/11/1996 | 4 | ORDER by Chief Mag. Judge F. S. Langford unsealing case as to John Luong, et al. (scu, COURT STAFF) Modified on 04/15/1996 (Entered: 04/11/1996) |
| 04/11/1996 | 5 | ORDER by Judge Vaughn R. Walker of recusal as to defendant John That Luong, defendant Huy Chi Luong, defendant Bing Yi Chen, defendant Michael C. Huynh, defendant Chhayarith Reth, defendant Polo Sok, defendant Hoang Ai Le, defendant Minh Nhut Duong, defendant Ngoc Bich Nguyen, defendant Nghia Thanh Nguyen, defendant Thy Chann, defendant Huan Xin Li, defendant Mady Chan, defendant Cai Choi Ung, defendant William Fumiyasu Nagatsuka, defendant Sinh A. Luc, defendant Minh Trong Huynh, defendant Hoa Duc Nguyen, defendant Johnny Gia Tram, defendant Van Thieng Di, defendant John Cheng Jung Chu, defendant Xuong Manh Quach, defendant Chung Yiu Chan, defendant Chinh Quoc Pham (lsk, COURT STAFF) Modified on 04/15/1996 (Entered: 04/11/1996) |
| 04/11/1996 | | (Court only) (lsk, COURT STAFF) Modified on 04/15/1996 (Entered: 04/11/1996) |
| 04/11/1996 | 6 | ORDER by the Assignment Committee: case reassigned to Judge Marilyn H. Patel (rhw, COURT STAFF) Modified on 04/15/1996 (Entered: 04/11/1996) |
| 04/24/1996 | 35 | ORDER by Judge Marilyn H. Patel: 4/22/96 to 5/22/96 is excludable from Speedy Trial Calculations as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, |

| | | |
|---|---|---|
| | | Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 04/25/1996) |
| 04/29/1996 | 45 | (Court only) SEALED document as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 04/30/1996) |
| 04/29/1996 | 46 | (Court only) SEALED document as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 04/30/1996) |
| 05/16/1996 | 68 | JOINT STATEMENT regarding status of discovery by Huan Xin Li, USA as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 05/22/1996) |
| 06/07/1996 | 94 | LETTER, dated 6/5/96, from Elizabeth K. Lee, AUSA to Judge Patel's Court Clerk, confirming status hearing on 7/17/96 at 9:30 a.m. as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 06/11/1996) |
| 07/24/1996 | 99 | ORDER by Judge Marilyn H. Patel: 7/17/96 to 11/19/96 is excludable time as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 07/30/1996) |
| 10/01/1996 | 128 | NOTICE by USA of related case(s) CR 96-0313 MMC (rhw, COURT STAFF) (Entered: 10/03/1996) |
| | | |

| | | |
|---|---|---|
| 10/18/1996 | 129 | ORDER by Judge Marilyn H. Patel: case not related to CR 96-313 MMC as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 10/21/1996) |
| 10/23/1996 | 135 | (Court only) SEALED document as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 10/31/1996) |
| 10/23/1996 | 136 | (Court only) SEALED document as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 10/31/1996) |
| 11/20/1996 | 158 | ORDER by Judge Marilyn H. Patel to exclude time from 10/23/96 to 3/5/97 as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 11/27/1996) |
| 12/09/1996 | 164 | ORDER by Judge Marilyn H. Patel: case related to CR 96-313 MMC as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 12/11/1996) |
| 05/14/1997 | 294 | MINUTES: before Judge Marilyn H. Patel ; denying motion for reconsideration of detention order by Ngoc Bich Nguyen [277-1] as to Ngoc Bich Nguyen, trial setting hearing held, all pending motions will be heard by 2:30 p.m. on 10/7/97 and jury trial tentatively set for 4/13/98 as to John That Luong, Huy Chi Luong, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Huan Xin Li, Mady Chan, Sinh A. Luc, Hoa Duc Nguyen, Johnny Gia Tram, John Cheng Jung Chu, |

| | | |
|---|---|---|
| | | Chinh Quoc Pham ( C/R: JoAnn Bryce) (rhw, COURT STAFF) (Entered: 05/15/1997) |
| 05/28/1997 | 298 | ORDER by Judge Marilyn H. Patel granting continuance pursuant to 18:3161(h)(8)(A) and (B)(i)(ii) as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 05/30/1997) |
| 06/20/1997 | 306 | PROTECTIVE ORDER by Judge Marilyn H. Patel re: rough draft transcripts as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 06/23/1997) |
| 06/20/1997 | 307 | JOINT STIPULATION as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 06/23/1997) |
| 07/03/1997 | 311 | NOTICE by USA of related case(s) CR97-124 CAL (rl, COURT STAFF) (Entered: 07/08/1997) |
| 07/16/1997 | 315 | ORDER by Judge Susan Illston granting related case notice to CR 97-0124 CAL [311-1] (rhw, COURT STAFF) (Entered: 07/17/1997) |
| 09/17/1997 | 345 | APPLICATION by USA for limited disclosure of discovery material pursuant to F.R.Crim.P. 15(d)(1) as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 09/18/1997) |
| 09/17/1997 | 346 | ORDER by Judge Marilyn H. Patel granting application of the United States for a protective order under Fed.Rule of Crim.Proc.15(d)(1) limiting the distribution and disclosure of certain discovery material [345-1] as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, |

| | | |
|---|---|---|
| | | Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 09/18/1997) |
| 09/17/1997 | 348 | Certificate of Service by USA as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 09/18/1997) |
| 10/10/1997 | 363 | Joint Submission of Wiretap-related Exhibits by USA, John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 10/10/1997) |
| 10/10/1997 | | (Court only) Exhibits to document #363, "Joint Submission of Wiretap-Related Exhibits", filed under seal as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 10/10/1997) |
| 11/06/1997 | 374 | Certificate of Service by USA as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chinh Quoc Pham (rhw, COURT STAFF) Modified on 11/10/1998 (Entered: 11/07/1997) |
| 11/19/1997 | 384 | MINUTES: filed on 11/19/97 before Chief Judge Marilyn H. Patel ; all pending motions heard as to John That Luong, Huy Chi Luong, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Huan Xin Li, Mady Chan, Sinh A. Luc, Hoa Duc Nguyen, Johnny Gia Tram, John Cheng Jung Chu, Chinh Quoc Pham, denying motion to suppress wiretap evidence: lack of proper authorization by Chinh Quoc Pham [336-1] as to Chinh Quoc Pham, evidentiary hearing will be held at 9:00 a.m. on 1/13/98 as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut |

| | | |
|---|---|---|
| | | Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (C/R: Dynele Tezak) (rhw, COURT STAFF) Modified on 04/13/1998 (Entered: 11/21/1997) |
| 12/16/1997 | 391 | ORDER by Chief Judge Marilyn H. Patel: regarding defendants' request for an order compellign discovery of the redacted portions of the wiretap application affidavit submitted by FBI Special Agent Lee: the redacted information be disclosed to defense counsel and one investigator working under the supervisor or one o more of these counsel only as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 12/19/1997) |
| 12/24/1997 | 407 | Certificate of Service, by USA. (rl, COURT STAFF) (Entered: 01/06/1998) |
| 01/07/1998 | | Docket Modification (Administrative) to letter [408-1] evidentiary hearing of 1/13/98 continued (rhw, COURT STAFF) (Entered: 01/09/1998) |
| 03/24/1998 | 471 | SUPERSEDING indictment John That Luong (1) count(s) 1s, 2s, 10s, 11s, 12s, 13s, 14s, 15s, 16s, 17s, 18s, 19s, Huy Chi Luong (2) count(s) 1s, 2s, 10s, 11s, 12s, Bing Yi Chen (3) count(s) 1s, 2s, 16s, 20s, 21s, Chhayarith Reth (5) count(s) 1s, 2s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s, 12s, Hoang Ai Le (7) count(s) 1s, 2s, 10s, 11s, 12s, 16s, 17s, Minh Nhut Duong (8) count(s) 1s, 2s, 16s, 21s, Ngoc Bich Nguyen (9) count(s) 1s, 2s, Nghia Thanh Nguyen (10) count(s) 1s, 2s, 10s, 11s, 12s, Thy Chann (11) count(s) 1s, 2s, 16s, 18s, Huan Xin Li (12) count(s) 1s, 2s, 16s, 20s, Mady Chan (13) count(s) 1s, 2s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s, 12s, 13s, 14s, 15s, Cai Choi Ung (14) count(s) 1s, 2s, Sinh A. Luc (16) count(s) 1s, 2s, Minh Trong Huynh (17) count(s) 2s, Hoa Duc Nguyen (18) count(s) 2s, Johnny Gia Tram (19) count(s) 1s, 2s, Van Thieng Di (20) count(s) 3s, Chung Yiu Chan (23) count(s) 1s, 2s, 16s, Chinh Quoc Pham (24) count(s) 16s, 19s(rhw, COURT STAFF) Modified on 03/25/1998 (Entered: 03/25/1998) |
| 04/27/1998 | | (Court only) (Utility event: Produces labels) (tmc, COURT STAFF) (Entered: 04/27/1998) |
| 05/18/1998 | 540 | SEALED document by USA (rl, COURT STAFF) (Entered: 05/18/1998) |
| 05/18/1998 | 541 | SEALED document (rl, COURT STAFF) (Entered: 05/18/1998) |
| 08/12/1998 | 610 | NOTICE OF APPEAL by USA from Dist. Court decision order [586-2] Fee status (GOVERNMENT - NO FEE) (rl, COURT STAFF) (Entered: 08/12/1998) |

| 08/13/1998 | 611 | Order for time schedule. (rl, COURT STAFF) (Entered: 08/13/1998) |
|---|---|---|
| 08/13/1998 | | Docket fee notification form and case information sheet to USCA [610-1] (rl, COURT STAFF) (Entered: 08/13/1998) |
| 08/13/1998 | | Copy of notice of appeal and docket sheet to all counsel (rl, COURT STAFF) (Entered: 08/13/1998) |
| 08/17/1998 | 615 | ORDER, by Chief Judge Marilyn H. Patel, granting in part and denying in part motion to dismiss count II or the superseding indictment by Minh Trong Huynh [571-1], granting in part and denying in part motion to dismiss counts one and two of the superseding indictment by Minh Nhut Duong [566-1], granting in part and denying in part motion to dismiss counts of the superceding indictment (Counts 1,2 & 16) by Hoang Ai Le [563-1], granting in part and denying in part motion to dismiss portions of superceding indictment as facially defective by Huy Chi Luong [562-1], granting in part and denying in part motion to dismiss counts one and two of the superseding indictment by Ngoc Bich Nguyen [558-1] (rl, COURT STAFF) (Entered: 08/19/1998) |
| 08/18/1998 | 616 | Supplemental OPPOSITION by USA to motion to dismiss count II or the superseding indictment by Minh Trong Huynh [571-1], motion to dismiss counts one and two of the superseding indictment by Minh Nhut Duong [566-1], motion to dismiss counts of the superceding indictment (Counts 1,2 & 16) by Hoang Ai Le [563-1], motion to dismiss portions of superceding indictment as facially defective by Huy Chi Luong [562-1], motion to dismiss counts one and two of the superseding indictment by Ngoc Bich Nguyen [558-1] (rl, COURT STAFF) (Entered: 08/19/1998) |
| 08/21/1998 | 619 | MAIL [615-1] returned from Post Office addressed to Charles G. Rogers (rl, COURT STAFF) (Entered: 08/24/1998) |
| 08/27/1998 | 641 | ORDER, by Chief Judge Marilyn H. Patel, DENYING motion to dismiss count II or the superseding indictment by Minh Trong Huynh. [571-1] DENYING motion to dismiss counts one and two of the superseding indictment by Minh Nhut Duong. [566-1] DENYING motion to dismiss counts of the superceding indictment (Counts 1,2 & 16) by Hoang Ai Le. [563-1] DENYING motion to dismiss portions of superceding indictment as facially defective by Huy Chi Luong. [562-1] DENYING motion to dismiss counts one and two of the superseding indictment by Ngoc Bich Nguyen. [558-1] (rl, COURT STAFF) Modified on 05/03/2001 (Entered: 08/31/1998) |
| 08/28/1998 | 643 | ORDER, by Chief Judge Marilyn H. Patel, amending August 16, 1998 order and further briefing schedule. (rl, COURT STAFF) (Entered: 08/31/1998) |
| 09/08/1998 | 648 | MAIL [641-1] returned from Post Office addressed to Charles G. Rogers. (rl, COURT STAFF) (Entered: 09/09/1998) |
| 09/10/1998 | 650 | OPPOSITION by USA to motion for severance by Ngoc Bich Nguyen [636-1], motion to sever defendants and counts for trial for prejudicial and improper joinder by Hoang Ai Le [633-1], motion to sever by Mady |

| | | |
|---|---|---|
| | | Chan [625-1], motion to sever trials, pursuant to Rule 14, F.R.Cr.P. by Huan Xin Li [623-1], motion for severance pursuant to Federal Rules of Criminal Procedure 8 and 14 by Huy Chi Luong [620-1], motion to sever by Minh Trong Huynh [630-1], motion to sever by Minh Nhut Duong [629-1] (rl, COURT STAFF) (Entered: 09/15/1998) |
| 09/16/1998 | 660 | NOTICE by USA of motion and motion for reconsideration. (rl, COURT STAFF) (Entered: 09/17/1998) |
| 09/17/1998 | 663 | MINUTES: (filed on 9/17/98) Hearing on defendants' Rue 8(a)( and 8(b) motions held, before Chief Judge Marilyn H. Patel. DENYING motion for severance by Ngoc Bich Nguyen. [636-1] DENYING motion to sever defendants and counts for trial for prejudicial and improper joinder by Hoang Ai Le. [633-1] DENYING motion to sever by Mady Chan. [625-1] DENYING motion to sever trials, pursuant to Rule 14, F.R.Cr.P. by Huan Xin Li. [623-1] DENYING motion for severance pursuant to Federal Rules of Criminal Procedure 8 and 14 by Huy Chi Luong.[620-1] DENYING motion to sever by Minh Trong Huynh.[630-1] DENYING motion to sever by Minh Nhut Duong.[629-1] ( C/R: Judi Thomsen) (rl, COURT STAFF) (Entered: 09/22/1998) |
| 09/18/1998 | 664 | MAIL [652-2] returned from Post Office addressed to Charles G. Rogers. (rl, COURT STAFF) (Entered: 09/22/1998) |
| 09/18/1998 | 665 | APPLICATION by USA for limited disclosure of discovery material pursuant to F.R.Crim.P 15(d)(1) (rl, COURT STAFF) (Entered: 09/22/1998) |
| 09/18/1998 | 666 | ORDER, by Chief Judge Marilyn H. Patel, GRANTING application. [665-1] (rl, COURT STAFF) (Entered: 09/22/1998) |
| 09/21/1998 | 669 | MAIL [652-2] returned from Post Office addressed to Dale A. Drozd (rl, COURT STAFF) (Entered: 09/24/1998) |
| 10/05/1998 | 673 | MAIL [643-2] returned from Post Office Charles G. Rogers (rl, COURT STAFF) (Entered: 10/05/1998) |
| 11/05/1998 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/05/1998) |
| 11/12/1998 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/12/1998) |
| 11/12/1998 | 707 | ORDER by Chief Judge Marilyn H. Patel: denying motion for disclosure of the identities and whereabouts of the confidential informants as to Ngoc Bich Nguyen, and deemed joined by John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 11/13/1998) |
| 11/19/1998 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: |

| | | 11/19/1998 |
|---|---|---|
| 11/19/1998 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/19/1998) |
| 11/19/1998 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/19/1998) |
| 11/19/1998 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/19/1998) |
| 01/12/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 01/12/1999) |
| 03/05/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/05/1999) |
| 03/11/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/11/1999) |
| 04/05/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 04/05/1999) |
| 04/06/1999 | 785 | LETTER, dated 4/5/99, from David J. Cohen, Esq., in CR 98-40003 CW, regarding discovery (rhw, COURT STAFF) (Entered: 05/06/1999) |
| 05/21/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 05/21/1999) |
| 05/28/1999 | | (Court only) Certificate of Service Produced (bdb, COURT STAFF) (Entered: 05/28/1999) |
| 06/09/1999 | | (Court only) Certificate of Service Produced (sp, COURT STAFF) (Entered: 06/09/1999) |
| 06/23/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/23/1999) |
| 06/24/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/24/1999) |
| 06/24/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/24/1999) |
| 06/28/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/28/1999) |
| 06/28/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/28/1999) |
| 06/28/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/28/1999) |
| 07/01/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 07/01/1999) |
| | | |

| | | |
|---|---|---|
| 07/02/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 07/02/1999) |
| 07/07/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 07/07/1999) |
| 07/08/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 07/08/1999) |
| 07/23/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 07/23/1999) |
| 07/29/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 07/29/1999) |
| 07/29/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 07/29/1999) |
| 08/13/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 08/13/1999) |
| 08/25/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 08/25/1999) |
| 08/26/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 08/26/1999) |
| 08/26/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 08/26/1999) |
| 09/07/1999 | | (Court only) Certificate of Service Produced (ba, COURT STAFF) (Entered: 09/07/1999) |
| 09/07/1999 | | (Court only) Certificate of Service Produced (ba, COURT STAFF) (Entered: 09/07/1999) |
| 09/16/1999 | 904 | SEALED document (rhw, COURT STAFF) (Entered: 09/20/1999) |
| 09/23/1999 | 908 | SEALED document as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (rhw, COURT STAFF) (Entered: 09/27/1999) |
| 09/29/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 09/29/1999) |
| 10/28/1999 | | (Court only) Certificate of Service Produced (ls, COURT STAFF) (Entered: 10/28/1999) |
| 10/28/1999 | | (Court only) Certificate of Service Produced (ls, COURT STAFF) (Entered: 10/28/1999) |

| | | |
|---|---|---|
| 11/17/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/17/1999) |
| 11/19/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/19/1999) |
| 11/19/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/19/1999) |
| 11/19/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/19/1999) |
| 11/22/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/22/1999) |
| 11/22/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/22/1999) |
| 11/23/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/23/1999) |
| 12/01/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 12/01/1999) |
| 12/01/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 12/01/1999) |
| 12/08/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 12/08/1999) |
| 12/15/1999 | 1002 | WRIT OF HABEAS CORPUS habeas corpus ad testificandum ISSUED by Chief Judge Marilyn H. Patel for the person of Sinh Van Ta to appear on 1/18/00 at 8:30 a.m. before Chief Judge Marilyn H. Patel (rhw, COURT STAFF) (Entered: 12/17/1999) |
| 12/17/1999 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 12/17/1999) |
| 01/03/2000 | 1014 | SEALED document (rhw, COURT STAFF) (Entered: 01/05/2000) |
| 01/04/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 01/04/2000) |
| 01/14/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 01/14/2000) |
| 01/18/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 01/18/2000) |
| 01/18/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 01/18/2000) |
| 01/28/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 01/28/2000) |
| 02/02/2000 | 1103 | SEALED document (rhw, COURT STAFF) (Entered: 02/03/2000) |

| 02/03/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/03/2000) |
| 02/03/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/03/2000) |
| 02/07/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/07/2000) |
| 02/08/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/08/2000) |
| 02/08/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/08/2000) |
| 02/10/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/10/2000) |
| 02/11/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/11/2000) |
| 02/16/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/16/2000) |
| 02/23/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/23/2000) |
| 03/08/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/08/2000) |
| 03/09/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/09/2000) |
| 03/09/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/09/2000) |
| 03/14/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/14/2000) |
| 03/21/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/21/2000) |
| 03/21/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/21/2000) |
| 03/23/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/23/2000) |
| 03/24/2000 | 1186 | ORDER by Chief Judge Marilyn H. Patel for case related to C00-781 CRB as to defendant John That Luong, defendant Huy Chi Luong, defendant Bing Yi Chen, defendant Michael C. Huynh, defendant Chhayarith Reth, defendant Polo Sok, defendant Hoang Ai Le, defendant Minh Nhut Duong, defendant Ngoc Bich Nguyen, defendant Nghia Thanh Nguyen, defendant Thy Chann, defendant Huan Xin Li, defendant Mady Chan, defendant Cai Choi Ung, defendant William Fumiyasu |

| | | |
|---|---|---|
| | | Nagatsuka, defendant Sinh A. Luc, defendant Minh Trong Huynh, defendant Hoa Duc Nguyen, defendant Johnny Gia Tram, defendant Van Thieng Di, defendant John Cheng Jung Chu, defendant Xuong Manh Quach, defendant Chung Yiu Chan, defendant Chinh Quoc Pham (lsk, COURT STAFF) (Entered: 03/29/2000) |
| 04/26/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 04/26/2000) |
| 05/01/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 05/01/2000) |
| 05/05/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 05/05/2000) |
| 05/11/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 05/11/2000) |
| 05/23/2000 | 1241 | ORDER by Chief Judge Marilyn H. Patel for medical examination - Ms. Ann Yan Mak as to defendant John That Luong, defendant Huy Chi Luong, defendant Bing Yi Chen, defendant Michael C. Huynh, defendant Chhayarith Reth, defendant Polo Sok, defendant Hoang Ai Le, defendant Minh Nhut Duong, defendant Ngoc Bich Nguyen, defendant Nghia Thanh Nguyen, defendant Thy Chann, defendant Huan Xin Li, defendant Mady Chan, defendant Cai Choi Ung, defendant William Fumiyasu Nagatsuka, defendant Sinh A. Luc, defendant Minh Trong Huynh, defendant Hoa Duc Nguyen, defendant Johnny Gia Tram, defendant Van Thieng Di, defendant John Cheng Jung Chu, defendant Xuong Manh Quach, defendant Chung Yiu Chan, defendant Chinh Quoc Pham (lsk, COURT STAFF) (Entered: 06/01/2000) |
| 05/24/2000 | | (Court only) Certificate of Service Produced (ba, COURT STAFF) (Entered: 05/24/2000) |
| 05/26/2000 | | (Court only) Certificate of Service Produced (mmr, COURT STAFF) (Entered: 05/26/2000) |
| 05/30/2000 | | (Court only) Certificate of Service Produced (mmr, COURT STAFF) (Entered: 05/30/2000) |
| 06/27/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/27/2000) |
| 06/29/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/29/2000) |
| 06/30/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/30/2000) |
| 06/30/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/30/2000) |
| 06/30/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/30/2000) |

| | | |
|---|---|---|
| 07/19/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 07/19/2000) |
| 07/25/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 07/25/2000) |
| 07/25/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 07/25/2000) |
| 08/11/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 08/11/2000) |
| 08/11/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 08/11/2000) |
| 08/15/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 08/15/2000) |
| 08/15/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 08/15/2000) |
| 08/31/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 08/31/2000) |
| 08/31/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 08/31/2000) |
| 10/03/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 10/03/2000) |
| 10/03/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 10/03/2000) |
| 10/03/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 10/03/2000) |
| 10/11/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 10/11/2000) |
| 10/19/2000 | 1326 | ORDER by Chief Judge Marilyn H. Patel for COMPLEXITY as to defendant John That Luong, defendant Huy Chi Luong, defendant Bing Yi Chen, defendant Michael C. Huynh, defendant Chhayarith Reth, defendant Polo Sok, defendant Hoang Ai Le, defendant Minh Nhut Duong, defendant Ngoc Bich Nguyen, defendant Nghia Thanh Nguyen, defendant Thy Chann, defendant Huan Xin Li, defendant Mady Chan, defendant Cai Choi Ung, defendant William Fumiyasu Nagatsuka, defendant Sinh A. Luc, defendant Minh Trong Huynh, defendant Hoa Duc Nguyen, defendant Johnny Gia Tram, defendant Van Thieng Di, defendant John Cheng Jung Chu, defendant Xuong Manh Quach, defendant Chung Yiu Chan, defendant Chinh Quoc Pham (lsk, COURT STAFF) (Entered: 10/23/2000) |
| 10/20/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 10/20/2000) |
| | | |

| | | |
|---|---|---|
| 10/20/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 10/20/2000) |
| 11/03/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/03/2000) |
| 11/06/2000 | | (Court only) Motion(s) administratively terminated: (lsk, COURT STAFF) (Entered: 11/09/2000) |
| 11/08/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/08/2000) |
| 11/14/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/14/2000) |
| 11/14/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/14/2000) |
| 11/15/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/15/2000) |
| 11/15/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/15/2000) |
| 11/15/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/15/2000) |
| 11/21/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/21/2000) |
| 11/21/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/21/2000) |
| 12/12/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 12/12/2000) |
| 12/12/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 12/12/2000) |
| 12/20/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 12/20/2000) |
| 12/20/2000 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 12/20/2000) |
| 01/05/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 01/05/2001) |
| 01/11/2001 | | (Court only) Certificate of Service Produced (cgd, COURT STAFF) (Entered: 01/11/2001) |
| 01/11/2001 | | (Court only) Certificate of Service Produced (cgd, COURT STAFF) (Entered: 01/11/2001) |
| 01/11/2001 | | (Court only) Certificate of Service Produced (cgd, COURT STAFF) (Entered: 01/11/2001) |

| 01/11/2001 | | (Court only) Certificate of Service Produced (cgd, COURT STAFF) (Entered: 01/11/2001) |
| --- | --- | --- |
| 01/16/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 01/16/2001) |
| 01/30/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 01/30/2001) |
| 02/21/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/21/2001) |
| 03/01/2001 | | (Court only) Certificate of Service Produced (scu, COURT STAFF) (Entered: 03/01/2001) |
| 03/01/2001 | | (Court only) Certificate of Service Produced (scu, COURT STAFF) (Entered: 03/01/2001) |
| 03/01/2001 | | (Court only) Certificate of Service Produced (scu, COURT STAFF) (Entered: 03/01/2001) |
| 03/01/2001 | | (Court only) Certificate of Service Produced (scu, COURT STAFF) (Entered: 03/01/2001) |
| 03/09/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/09/2001) |
| 03/14/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/14/2001) |
| 03/15/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/15/2001) |
| 03/15/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/15/2001) |
| 03/15/2001 | | (Court only) Motion(s) administratively terminated: (lsk, COURT STAFF) (Entered: 03/16/2001) |
| 03/15/2001 | | (Court only) Motion(s) administratively terminated: (lsk, COURT STAFF) (Entered: 03/16/2001) |
| 03/23/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/23/2001) |
| 03/26/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/26/2001) |
| 03/27/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/27/2001) |
| 03/28/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/28/2001) |
| 03/29/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/29/2001) |

| 04/02/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 04/02/2001) |
|---|---|---|
| 04/06/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 04/06/2001) |
| 04/11/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 04/11/2001) |
| 04/23/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 04/23/2001) |
| 04/24/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 04/24/2001) |
| 05/01/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 05/01/2001) |
| 05/08/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 05/08/2001) |
| 05/15/2001 | | (Court only) Certificate of Service Produced of 5/14/01 Order authorizing receipt of tape recorder as to defendant Hoang Ai Le (awb, COURT (Entered: 05/15/2001) |
| 05/18/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 05/18/2001) |
| 05/30/2001 | | (Court only) Certificate of Service Produced (lp, COURT STAFF) (Entered: 05/30/2001) |
| 06/01/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/01/2001) |
| 06/01/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/01/2001) |
| 06/21/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/21/2001) |
| 06/21/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/21/2001) |
| 06/21/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/21/2001) |
| 06/27/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/27/2001) |
| 07/06/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 07/06/2001) |
| 08/13/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 08/13/2001) |
| 09/13/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: |

| | | |
|---|---|---|
| | | 09/13/2001) |
| 11/02/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/02/2001) |
| 11/02/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/02/2001) |
| 12/21/2001 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 12/21/2001) |
| 01/28/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 01/28/2002) |
| 02/06/2002 | | Docket Modification (Administrative) to withdrawing attorney Lawrence L. Leigh for USA in 3:96-cr-00094, attorney Elizabeth K. Lee for USA in 3:96-cr-00094 and substituting attorney Rebecca C. Hardie (awb, COURT (Entered: 02/06/2002) |
| 02/06/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/06/2002) |
| 02/13/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/13/2002) |
| 02/19/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/19/2002) |
| 02/19/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/19/2002) |
| 02/19/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/19/2002) |
| 02/21/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/21/2002) |
| 04/17/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 04/17/2002) |
| 04/19/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 04/19/2002) |
| 05/06/2002 | 1608 | JUDGMENT: by Chief Judge Marilyn H. Patel for Huan Xin Li (Date Entered: 5/10/2) (cc: all counsel) (lsk, COURT STAFF) (Entered: 05/10/2002) |
| 06/06/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/06/2002) |
| 06/14/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/14/2002) |
| 06/28/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/28/2002) |
| | | |

| 09/10/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 09/10/2002) |
|---|---|---|
| 09/17/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 09/17/2002) |
| 10/08/2002 | 1626 | WRIT OF HABEAS CORPUS ad prosequendum ISSUED by Magistrate Judge James Larson for the person of SOPHAT LAEM as to defendant John That Luong, defendant Huy Chi Luong, defendant Bing Yi Chen, defendant Michael C. Huynh, defendant Chhayarith Reth, defendant Polo Sok, defendant Hoang Ai Le, defendant Minh Nhut Duong, defendant Ngoc Bich Nguyen, defendant Nghia Thanh Nguyen, defendant Thy Chann, defendant Huan Xin Li, defendant Mady Chan, defendant Cai Choi Ung, defendant William Fumiyasu Nagatsuka, defendant Sinh A. Luc, defendant Minh Trong Huynh, defendant Hoa Duc Nguyen, defendant Johnny Gia Tram, defendant Van Thieng Di, defendant John Cheng Jung Chu, defendant Xuong Manh Quach, defendant Chung Yiu Chan, defendant Chinh Quoc Pham in-court hearing set for 11/4/2 before Mag. Judge Elizabeth D. Laporte (lsk, COURT STAFF) (Entered: 10/09/2002) |
| 11/01/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/01/2002) |
| 12/04/2002 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 12/04/2002) |
| 02/10/2003 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/10/2003) |
| 02/26/2003 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/26/2003) |
| 03/05/2003 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/05/2003) |
| 03/26/2003 | 1736 | REPORTER'S TRANSCRIPT; Date of proceedings: March 26, 1998 (C/R Rosita Flores) as to defendant Huan Xin Li in 3:96-cr-00094, defendant Johnny Gia Tram in 3:96-cr-00094, defendant Hoa Duc Nguyen in 3:96-cr-00094, defendant Hoang Ai Le in 3:96-cr-00094, defendant Mady Chan in 3:96-cr-00094, defendant Michael C. Huynh in 3:96-cr-00094, defendant Thy Chann in 3:96-cr-00094, defendant Minh Nhut Duong in 3:96-cr-00094, defendant Nghia Thanh Nguyen in 3:96-cr-00094, defendant Ngoc Bich Nguyen in 3:96-cr-00094, defendant Chinh Quoc Pham in 3:96-cr-00094 (lsk, COURT STAFF) (Entered: 03/27/2003) |
| 04/22/2003 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 04/22/2003) |
| 11/18/2003 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 11/18/2003) |
| 12/16/2003 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: |

| | | |
|---|---|---|
| | | 12/16/2003) |
| 01/20/2004 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 01/20/2004) |
| 01/20/2004 | 1755 | STIPULATION and ORDER by Chief Judge Marilyn H. Patel re attorney access to sealed documents (kcw, COURT STAFF) (Entered: 01/22/2004) |
| 02/23/2004 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 02/23/2004) |
| 03/23/2004 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/23/2004) |
| 04/16/2004 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 04/16/2004) |
| 05/14/2004 | | (Court only) Certificate of Service Produced (sp, COURT STAFF) (Entered: 05/14/2004) |
| 05/17/2004 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 05/17/2004) |
| 08/19/2004 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 08/19/2004) |
| 09/17/2004 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 09/17/2004) |
| 09/17/2004 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 09/17/2004) |
| 10/12/2004 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 10/12/2004) |
| 03/16/2005 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 03/16/2005) |
| 06/23/2005 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 06/23/2005) |
| 10/26/2005 | | Docket Modification (Administrative) to withdrawing attorney Anne-Christine Massullo for USA in 3:96-cr-00094, attorney Rebecca C. Hardie for USA in 3:96-cr-00094 and substituting attorney Anjali Chaturvedi (awb, COURT (Entered: 10/26/2005) |
| 10/26/2005 | | (Court only) Certificate of Service Produced (awb, COURT (Entered: 10/26/2005) |
| 01/20/2006 | ❏1815 | NOTICE of change of counsel - Richard J. Cutler for U.S.A. as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong |

| | | |
|---|---|---|
| | | Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham (lsk, COURT STAFF) (Filed on 1/20/2006) (Entered: 01/23/2006) |
| 03/03/2006 | ◑1821 | ORDER as to Hoa Duc Nguyen assigning defendant to executive committee. Signed by Judge Marilyn H. Patel on 3/3/06. (lsk, COURT STAFF) (Filed on 3/3/2006) (Entered: 03/10/2006) |
| 05/18/2007 | ◑1854 | NOTICE OF ATTORNEY APPEARANCE Robert Rees for U.S. (lsk, COURT STAFF) (Filed on 5/18/2007) (Entered: 05/21/2007) |
| 05/18/2007 | ◑ | Attorney update in case as to John That Luong, Huy Chi Luong, Bing Yi Chen, Michael C. Huynh, Chhayarith Reth, Polo Sok, Hoang Ai Le, Minh Nhut Duong, Ngoc Bich Nguyen, Nghia Thanh Nguyen, Thy Chann, Huan Xin Li, Mady Chan, Cai Choi Ung, William Fumiyasu Nagatsuka, Sinh A. Luc, Minh Trong Huynh, Hoa Duc Nguyen, Johnny Gia Tram, Van Thieng Di, John Cheng Jung Chu, Xuong Manh Quach, Chung Yiu Chan, Chinh Quoc Pham. Attorney Robert David Rees for USA added. (Entered: 05/21/2007) |
| 11/21/2007 | ◑1877 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern Dist. of New York Counts closed as to Hoa Duc Nguyen (18) Count 2s,3. (lsk, COURT STAFF) (Filed on 11/21/2007) (Entered: 11/26/2007) |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☒ SUPERSEDING

## OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

---

Name of District Court, and/or Judge/Magistrate Location (City)

NORTHERN DISTRICT OF CALIFORNIA

FILED

### DEFENDANT - U.S.

▶ HOA DUC NGUYEN

MAR 24   2 39 PH '98

DISTRICT COURT NUMBER

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

CR. 96-0094-MHP   (SAN FRANCISCO AVENUE)

---

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

F.B.I

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense

}  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

}  MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

MICHAEL J. YAMAGUCHI

☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

ELIZABETH K. LEE

---

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  }  ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  }  If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*   *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:
ARREST WARRANT

ICMS

Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET

### HOA DUC NGUYEN

**COUNT:** 2
18 U.S.C. § 1962(d) - RICO CONSPIRACY

**PENALTY:** Maximum of 20 yrs.
Imprisonment and/or $250,000.00 Fine; 3
yrs. Supervised Release; $50.00 Special
Assessment.